**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| In re:<br><br>**Corey Barnette,**<br><br>　　　　　　**Debtor.** | Case No. 24-00111-ELG<br><br>Chapter 12 |

**NOTICE OF APPEARANCE**

　　　WILL THE CLERK OF COURT please note pursuant to Bankruptcy Rule 9010, the appearance of Michael T. Freeman, Asst. United States Trustee, on behalf of Gerard R. Vetter, the Acting United States Trustee, Region Four.


Date: April 15, 2024　　　　　　　　　　　　　　GERARD R. VETTER
　　　　　　　　　　　　　　　　　　　　　　　　Acting United States Trustee, Region 4


　　　　　　　　　　　　　　　　　　　　　　　　By: */s/ Michael T. Freeman*
　　　　　　　　　　　　　　　　　　　　　　　　Michael T. Freeman
　　　　　　　　　　　　　　　　　　　　　　　　Virginia State Bar No. 65460
　　　　　　　　　　　　　　　　　　　　　　　　Asst. United States Trustee
　　　　　　　　　　　　　　　　　　　　　　　　Office of the United States Trustee
　　　　　　　　　　　　　　　　　　　　　　　　1725 Duke Street, Suite 650
　　　　　　　　　　　　　　　　　　　　　　　　Alexandria, VA 22314
　　　　　　　　　　　　　　　　　　　　　　　　(703) 557-7274- Direct Dial
　　　　　　　　　　　　　　　　　　　　　　　　(202) 934-4174- Office Cell
　　　　　　　　　　　　　　　　　　　　　　　　Michael.T.Freeman@usdoj.gov