UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON

| | |
|---|---|
| IN RE<br><br>COREY BARNETTE, AKA COREY BARNETTE<br><br>Debtor(s) | Chapter 12<br>Case NO. 24-00111-ELG |

### NOTICE ENTERING APPEARANCE AND REQUEST FOR ALL NOTICES

Dear Clerk:

Please enter the appearance of Mark D. Meyer, Esq. and Rosenberg & Associates, LLC, as the attorneys of record on behalf of Rocket Mortgage, LLC FKA Quicken Loans, LLC. Please add my name to the mailing matrix and send all notices to:

Mark D. Meyer, Esq.
4340 East West Highway, Suite 600
Bethesda, MD 20814

/s/ Mark D. Meyer
Mark D. Meyer, Esq. # 475552
Rosenberg & Associates, LLC
4340 East West Highway, Suite 600
Bethesda, MD 20814
301-907-8000

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 16th day of April, 2024, a copy of the foregoing Notice Entering appearance was mailed, first class postage prepaid, or emailed, to the following:

U.S. Trustee for Region Four

U.S. Trustee's Office
1725 Duke Street, Suite 650
Alexandria, VA 22314

Maurice Belmont VerStandig
1452 W. Horizon Ridge Pkwy, #665

Mark D. Meyer
DC BAR 475552
Rosenberg & Associates, LLC
4340 East West Highway,
Suite 600 Bethesda, MD
20814 301-907-8000 File
Number: 24-002679-DC-B-1

Henderson, NV 89012

Corey Barnette, aka COREY BARNETTE

1440 Primrose Road, NW

Washington, DC 20012

  /s/ Mark D. Meyer
Mark D. Meyer, Esq. # 475552
Rosenberg & Associates, LLC
4340 East West Highway, Suite 600
Bethesda, MD 20814
301-907-8000