# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| In re:<br><br>Corey Barnette,<br><br>Debtor. | Case No. 24-00111-ELG<br><br>Chapter 12 |

## APPOINTMENT OF TRUSTEE
## AND DESIGNATION OF REQUIRED BOND

Rebecca A. Herr is hereby appointed Trustee for the estate of the above debtor.

This case is covered by the Blanket Bond of Trustees in Cases Under Chapter 12, a copy of which is on file with the Court.

Date: April 17, 2024

GERARD R. VETTER
Acting United States Trustee, Region 4

By: */s/ Michael T. Freeman*
Michael T. Freeman
Virginia State Bar No. 65460
Asst. United States Trustee
Office of the United States Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314
(703) 557-7274- Direct Dial
(202) 934-4174- Office Cell
Michael.T.Freeman@usdoj.gov