The order below is hereby signed.

Signed: May 1 2024



Elizabeth L. Gunn
U.S. Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

In re:                                        )              Case No. 24-111-ELG
                                              )              (Chapter 12)
COREY BARNETTE                                )
                                              )
        Debtor.                               )

**ORDER APPROVING APPLICATION TO APPROVE**
**EMPLOYMENT OF MAURICE VERSTANDIG, ESQ. AND THE**
**VERSTANDIG LAW FIRM AS BANKRUPTCY COUNSEL TO COREY BARNETTE**

Upon consideration of the Application to Approve Employment of Maurice VerStandig,

Esq. and The VerStandig Law Firm as Bankruptcy Counsel to Corey Barnette (the "Application,"

with the debtor herein being known as the "Debtor"), the lack of objections thereto, the record

herein, and governing law, it is, by the United States Bankruptcy Court for the District of

Columbia, hereby:

FOUND, that Maurice VerStandig, Esq. is an attorney duly authorized to practice in the

United States Bankruptcy Court for the District of Columbia; and it is further

FOUND, that Maurice VerStandig, Esq. and the VerStandig Law Firm, LLC do not hold

any interest adverse to the Debtor or the estate; and it is further

1

FOUND, that Maurice VerStandig, Esq. and the VerStandig Law Firm, LLC are disinterested persons within the meaning set forth in Section 101(14) of Title 11 of the United States Code; and it is further

ORDERED, the Debtor be, and is hereby authorized to, employ under general retainer Maurice VerStandig, Esq. and The VerStandig Law Firm as general reorganization counsel to the Debtor, effective as of April 14, 2024; and it is further

ORDERED, that any compensation paid to Maurice VerStandig, Esq. and The VerStandig Law Firm is subject to the review of this Honorable Court, in conformity with governing law.

I ask for this:

/s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
Bar No. MD18071
The VerStandig Law Firm
d/b/a/ The Belmont Firm
1050 Connecticut Avenue, NW, Suite 500
Washington, DC 20036
Phone: (202) 991-1101
mac@dcbankruptcy.com
*Proposed Counsel for Corey Barnette*