Maurice B. VerStandig, Esq.
Bar No. MD18071
The Belmont Firm
1050 Connecticut Avenue, NW
Suite 500
Washington, DC 20036
Phone: (202) 991-1101
mac@dcbankruptcy.com
*Counsel for Corey Barnette*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | Case No. 24-111-ELG |
| | ) | (Chapter 12) |
| COREY BARNETTE | ) | |
| | ) | |
| Debtor. | ) | |

## **SUPPLEMENTAL DECLARATION OF MAURICE VERSTANDIG**

1. My name is Maurice VerStandig, I am over the age of eighteen, and I am competent to testify to the matters set forth herein.

2. I previously caused to be filed herein, in support of the application of The VerStandig Law Firm, LLC and myself to serve as counsel for the debtor, a declaration (the "Original Declaration," as found at DE #4-1).

3. The Original Declaration remains accurate in nature except as expressly noted herein.

4. Paragraph 6 of the Original Declaration attests that except as disclosed, "I have no connection with the Debtor, the Debtor's creditors, any other party in interest, their respective attorneys," or various others. DE #6-1 at ¶ 6.

5. Corey Barnette (the "Debtor") has disclosed herein an ownership interest in District Growers LLC ("DGL").

1

6.      It has come to my attention, within the preceding calendar day, that on or about July 1, 2012, DGL entered into a real property lease with Houri A. Razjooyan ("Houri"), containing an addendum signed by Sam Razjooyan ("Sam") as "Property Owner."

7.      Unrelated to the above-captioned proceeding, I presently serve as proposed counsel in ten related cases, *see* Case Nos. 24-180 through 24-189, in which Sam is the designee of each debtor and in which Houri holds in equity interest in some (but not all) of the debtors.

8.      For the avoidance of ambiguity, I do *not* represent Houri or Sam in their individual capacity, I do not represent DGL, and none of the aforementioned cases concern the real property being leased by DGL.

9.      Additionally, upon a review of pertinent land records, it appears Houri conveyed his interest in the property being leased by DGL, to Shorb Properties II, LLC ("SPIL"), on or about August 1, 2016, as evidenced by a deed recorded as document 2016088887 amongst the land records of the District of Columbia.

10.     Based on the foregoing, I do *not* believe there exists any conflict of interest that precludes my ongoing representation in this matter, and I *do* believe I remain disinterested as that term is defined in Section 101(14) of Title 11 of the United States Code, however I make these disclosures in an abundance of caution and in the interests of full disclosure.

Dated: June 6, 2024           By:     /s/ Maurice B. VerStandig
                                      Maurice B. VerStandig, Esq.
                                      Bar No. MD18071
                                      The Belmont Firm
                                      1050 Connecticut Avenue, NW
                                      Suite 500
                                      Washington, DC 20036
                                      Phone: (202) 991-1101
                                      mac@dcbankruptcy.com