# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

IN RE: |
|
| Case No. 24-00111-ELG
COREY BARNETTE | Chapter 13
|
Debtor |

## NOTICE OF CONTINUANCE OF 341 MEETING OF CREDITORS

Pursuant to the request of the debtor to continue the Section 341 meeting of creditors in this case, a continuance has been approved by the Chapter 13 Trustee, Rebecca A. Herr, and the Section 341 meeting of creditors has been continued to **July 15, 2024 at 9:00 a.m**.  This meeting of creditors will be Video: www.zoom.us/join, Telephone #: 1-667-406-0794, Meeting ID: 879 999 1048, Passcode: 1203282023.

PLEASE BE ADVISED THAT YOU ARE REQUIRED TO SERVE THIS NOTICE TO ALL CREDITORS AND OTHER PARTIES IN INTEREST LISTED ON THE MAILING MATRIX FILED WITH THE COURT.  ALSO, A CERTIFICATE OF MAILING OF THIS NOTICE MUST BE FILED WITH THE COURT WITHIN 10 DAYS OF THE DATE OF THIS NOTICE, OR THE MEETING WILL NOT BE CONDUCTED.

Date:  June 21, 2024

**/s/ Rebecca A. Herr**
Rebecca A. Herr (Fed. Bar No. MD0032)
Chapter 13 Trustee
185 Admiral Cochrane Dr. Suite 240
Annapolis, MD 21401
bherr@ch13md.com
301-805-4700

Rebecca A. Herr, Chapter 13 Trustee
BAR#MD0032
185 Admiral Cochrane Dr. Suite 240
Annapolis, MD 21401

NOTE – You may make copies of this notice as appropriate for the notification to creditors and other parties in interest of the continuance.

## **CERTIFICATE OF SERVICE**

I hereby certify that this Notice of 341 Meeting Continuance was served this June 21, 2024 electronically to those recipients authorized to receive a Notice of Electronic Filing by the Court, and by first class mail, postage prepaid to:

Corey Barnette
1440 Primrose Road, NW
Washington, DC 20012
DEBTOR

Maurice Belmont VerStandig
The VerStandig Law Firm, LLC
9812 Falls Road
#114-160
Potomac, MD 20854
DEBTOR'S COUNSEL

        **/s/ Rebecca A. Herr**
        Rebecca A. Herr
        Chapter 13 Trustee

Rebecca A. Herr, Chapter 13 Trustee
BAR#MD0032
185 Admiral Cochrane Dr. Suite 240
Annapolis, MD 21401