Maurice B. VerStandig, Esq.
Bar No. MD18071
The Belmont Firm
1050 Connecticut Avenue, NW
Suite 500
Washington, DC 20036
Phone: (202) 991-1101
mac@dcbankruptcy.com
*Counsel for*
*Corey Barnette*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | Case No. 24-111-ELG |
| | ) | (Chapter 12) |
| COREY BARNETTE | ) | |
| | ) | |
| Debtor. | ) | |

**NOTICE OF DEADLINE TO FILE AND SERVE OBJECTIONS
TO MOTION TO EXTEND TIME UNDER RULE 9027**

NOTICE IS HEREBY GIVEN that Corey Barnette ("Mr. Barnette" or the "Debtor") has filed a motion to extend the deadline by which the matter of *Barnette, et al. v. McElfresh, et al.* may be removed from the Monterey County Superior Court.

NOTICE OF DEADLINE TO OBJECT. If you do not want the Court to grant the Motion or if you would like the Court to consider your views, then ON OR BEFORE JULY 29, 2024, you must file and serve a written objection to the Motion. The objection must be filed with the Clerk of the Bankruptcy Court, U.S. Courthouse, 333 Constitution Ave., N.W., Washington, D.C. 20001 and served (by delivery or mailing a copy) upon the undersigned. The objection must contain a complete specification of the factual and legal grounds upon which it is based. You may append affidavits and documents in support of your objection.

NOTICE OF HEARING. A hearing on the Motion has been scheduled before the Honorable Elizabeth L. Gunn, United States Bankruptcy Judge, for July 31, 2024 at 10:00 AM.

The hearing will be held via Zoom video conferencing. For meeting code, contact Courtroom Deputy Aimee Mathewes at Aimee_Mathewes@dcb.uscourts.gov.

                                              Respectfully submitted,

Dated: July 12, 2024        By:    /s/ Maurice B. VerStandig
                                             Maurice B. VerStandig, Esq.
                                             Bar No. MD18071
                                             The Belmont Firm
                                             1050 Connecticut Avenue, NW
                                             Suite 500
                                             Washington, DC 20036
                                             Phone: (202) 991-1101
                                             mac@dcbankruptcy.com
                                             *Counsel for the Debtor*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 12th day of July, 2024, a copy of the foregoing was served electronically upon filing via the ECF system.

                                                                /s/ Maurice B. VerStandig
                                                                Maurice B. VerStandig