Maurice B. VerStandig, Esq.
Bar No. MD18071
The Belmont Firm
1050 Connecticut Avenue, NW, Suite 500
Washington, DC 20036
Phone: (202) 991-1101
Email: mac@dcbankruptcy.com
Counsel for the Debtor

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| In re<br><br>COREY BARNETTE,<br><br>　　　　　　　　Debtor. | Case No. 24-00111-ELG<br><br>Chapter 12 |

**STIPULATION TO EXTEND DEADLINE FOR BARUCK BROS INVESTMENTS, LLC TO FILE NONDISCHARGEABILITY COMPLAINT AGAINST DEBTOR PURSUANT TO 11 U.S.C. § 523**

Corey Barnette (the "Debtor") and creditor Baruck Brother Investments, LLC ("BBI") (collectively, the "Parties") by and through their undersigned counsel, hereby stipulate and agree as follows:

RECITALS

A.　　On April 14, 2024, the Debtor filed a voluntary petition for relief under chapter 12 of the United States Bankruptcy Code, commencing the above-captioned case.

B.　　The last day for creditors to commence adversary proceedings objecting to the dischargeability of their claims is July 23, 2024.

C.　　BBI holds a judgment against the Debtor in the principal amount of $1,300,000 (excluding post-judgment interest), less payments of $225,000 by co-judgment debtor, Malik Burnett, M.D., subject to a settlement agreement. BBI asserts that its claim against the Debtor is not dischargeable in bankruptcy under 11 U.S.C. § 523(a)(2) and other provisions.

1

D. The Debtor and BBI wish to engage in settlement discussions to see if they can resolve their differences consensually and without having to spend money on litigation.

E. Further, on May 30, 2024, the Office of the United States Trustee filed a motion to dismiss this bankruptcy case. The motion is scheduled for hearing on August 1, 2024. If the motion is granted, the nondischargeability issue will be moot.

Based on the foregoing recitals, the Parties stipulate and agree as follows:

## STIPULATION

1. The deadline set forth in Federal Rule of Bankruptcy Procedure 4007(c) for BBI to file a complaint objecting to the dischargeability of its claim against the Debtor under § 523 of the Bankruptcy Code is extended an additional 30 days, from July 23, 2024 through and including August 22, 2024.

2. The Parties may enter into additional stipulations further extending the deadline to file nondischargeability actions.

Dated: July 22, 2024

/s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
Bar No. MD18071
The Belmont Firm
1050 Connecticut Avenue, NW, Suite 500
Washington, DC 20036
Phone: (202) 991-1101
Email: mac@dcbankruptcy.com
*Counsel for the Debtor*

-and-

LESNICK PRINCE & PAPPAS LLP

By: Matthew A. Lesnick (signed w/ express permission)
Matthew A. Lesnick (CA SBN 177594)
(not yet admitted pro hac vice)
Lesnick Prince & Pappas LLP

315 W. Ninth St., Suite 705
Los Angeles, CA 90015
Telephone:  (213) 493-6496
Facsimile:    (213) 493-6596
Email: matt@lesnickprince.com
*Counsel for Creditor Baruck Bros Investments, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 22, 2024, notice of filing the foregoing **STIPULATION TO EXTEND DEADLINE FOR BARUCK BROTHER INVESTMENTS, LLC TO FILE AN ADVERSARY COMPLAINT PURSUANT TO 11 U.S.C. § 523** was served via the CM/ECF system on all parties receiving such notice.

/s/Maurice B. VerStandig
Maurice B. VerStandig