The order below is hereby signed.

Signed: July 31 2024



*Elizabeth L. Gunn*
U.S. Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | Case No. 24-111-ELG |
| | ) | (Chapter 12) |
| COREY BARNETTE | ) | |
| | ) | |
| Debtor. | ) | |

### ORDER GRANTING MOTION TO EXTEND TIME UNDER RULE 9027

Upon consideration of the Motion to Extend Time Under Rule 9027 (the "Motion," as found at DE #25), the lack of opposition thereto, the authorities cited therein, governing law, and the record herein, it is, by the United States Bankruptcy Court for the District of Columbia, hereby:

ORDERED, that the Motion be, and hereby is, GRANTED; and it is further

ORDERED, that the deadline for any party in interest to remove the matter of *Barnette, et al. v. McElfresh, et al.* from the Monterey County Superior Court to the United States District Court for the Northern District of California (or to any other federal court to which said matter may be properly removable) shall be the thirtieth calendar day following the entry of an order confirming a Chapter 12 plan in this case.

I ask for this:

/s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
Bar No. MD18071
The Belmont Firm
1050 Connecticut Avenue, NW
Suite 500
Washington, DC 20036
Phone: (202) 991-1101
mac@dcbankruptcy.com
*Counsel for the Debtor*