The order below is hereby signed.

Signed: July 31 2024

*Elizabeth L. Gunn*
U.S. Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| In re: | ) | Case No. 24-111-ELG |
|---|---|---|
| | ) | (Chapter 12) |
| COREY BARNETTE | ) | |
| | ) | |
| Debtor. | ) | |

**ORDER GRANTING MOTION TO EXTEND TIME UNDER RULE 9027**

Upon consideration of the Motion to Extend Time Under Rule 9027 (the "Motion," as found at DE #25), the lack of opposition thereto, the authorities cited therein, governing law, and the record herein, it is, by the United States Bankruptcy Court for the District of Columbia, hereby:

ORDERED, that the Motion be, and hereby is, GRANTED; and it is further

ORDERED, that the deadline for any party in interest to remove the matter of *Barnette, et al. v. McElfresh, et al.* from the Monterey County Superior Court to the United States District Court for the Northern District of California (or to any other federal court to which said matter may be properly removable) shall be the thirtieth calendar day following the entry of an order confirming a Chapter 12 plan in this case.

1

I ask for this:

/s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
Bar No. MD18071
The Belmont Firm
1050 Connecticut Avenue, NW
Suite 500
Washington, DC 20036
Phone: (202) 991-1101
mac@dcbankruptcy.com
*Counsel for the Debtor*

United States Bankruptcy Court
District of Columbia

In re: | Case No. 24-00111-ELG
Corey Barnette | Chapter 12
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0090-1 | User: admin | Page 1 of 1
Date Rcvd: Jul 31, 2024 | Form ID: pdf001 | Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol      Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 02, 2024:**

**Recip ID**      **Recipient Name and Address**
db      + Corey Barnette, 1440 Primrose Road, NW, Washington, DC 20012-1224

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 02, 2024      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 31, 2024 at the address(es) listed below:

**Name**      **Email Address**

Mark Meyer
     on behalf of Creditor Rocket Mortgage  LLC FKA Quicken Loans, LLC bankruptcy@rosenberg-assoc.com, bankruptcy@rosenberg-assoc.com

Maurice Belmont VerStandig
     on behalf of Debtor Corey Barnette mac@mbvesq.com
     lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Michael T. Freeman
     on behalf of U.S. Trustee U. S. Trustee for Region Four michael.t.freeman@usdoj.gov  robert.w.ours@usdoj.gov

Rebecca A. Herr
     ecf@ch13md.com

U. S. Trustee for Region Four
     USTPRegion04.DC.ECF@USDOJ.GOV

TOTAL: 5