UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON

| | |
|---|---|
| IN RE<br><br>COREY BARNETTE<br><br>Debtor(s) | Chapter 12<br>Case NO. 24-00111-ELG |
| ROCKET MORTGAGE, LLC FKA<br>QUICKEN LOANS, LLC<br>635 Woodward Ave.<br>Detroit, MI 48226<br><br>Movant<br>v.<br><br>Corey Barnette<br>1440 Primrose Road, NW<br>Washington, DC 20012<br><br>and<br><br>Kim Barnette<br>1440 Primrose Rd NW<br>Washington, DC 20012<br><br>Respondent(s) | Motion No. |

**MOTION FOR RELIEF FROM AUTOMATIC STAY**

Mark D. Meyer
DC BAR 475552
Rosenberg & Associates, LLC
4340 East West Highway,
Suite 600
Bethesda, MD 20814
301-907-8000
File Number:
24-002679-DC-B-5

COMES NOW, Rocket Mortgage, LLC FKA Quicken Loans, LLC, its successors and/or assigns, movant, by its attorneys, Mark D. Meyer, Esq., and Rosenberg & Associates, LLC, and respectfully represents as follows:

1. Jurisdiction is based on 11 U.S.C. Section 362(d)(1) and 1201.

2. On or about April 14, 2024, Corey Barnette, ("Debtors") filed a Voluntary Petition in the Court under Chapter 12 of the Bankruptcy Code.

3. Rebecca A. Herr is the Chapter 12 trustee of the Debtor's estate.

4. Kim Barnette ("Co-Debtor") is a co-debtor on this Note.

5. At the time of the initiation of these proceedings, the Debtors owned a parcel of fee simple real estate improved by a residence with a legal description of "Tax ID Number(s):

Land situated in the District of Columbia

LOT 13 IN SQUARE 2769 IN A SUBDIVISION MADE BY SALLY A. MAXEY, AS PER PLAT RECORDED IN LIBER NO. 122, AT FOLIO 144 AMONG THE LAND RECORDS OF THE OFFICE OF SURVEYOR FOR THE DISTRICT OF COLUMBIA.

Commonly known as: 1440 Primrose Rd, NW, Washington, DC 20012-1224

THE PROPERTY ADDRESS AND TAX PARCEL IDENTIFICATION NUMBER LISTED ARE PROVIDED SOLEY FOR INFORMATIONAL PURPOSES.", also known as 1440 Primrose Rd NW, Washington, DC 20012 (hereinafter "the subject property").

6. The subject property is encumbered by a Deed of Trust securing the note, which is currently held by the movant. Attached are redacted copies of any documents that support the claim, such as promissory notes, purchase, order, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements in support of right to seek a lift of the automatic stay and foreclose if necessary.

7. Rocket Mortgage, LLC FKA Quicken Loans, LLC directly or through an agent, has possession of the promissory note and held the note at the time of filing of the Movant's Motion for Relief from the Stay. The promissory note has been duly endorsed.

8. The total amount due under the Deed of Trust securing the Movant as of August 8, 2024, not including attorney's fees and court costs, is approximately $703,495.70.

9. The Debtors are in default under the Note and Deed of Trust.

10. Relief should be granted for cause as the Debtors have not made post-petition payments for the months of June 1, 2024 - August 1, 2024.

11. The Debtor's proposed plan provides for the Debtor to directly maintain post payments to the Movant.

12. The Movant has been and continues to be irreparably injured by the stay of Sections 362 and 1201 of the Bankruptcy Code, which prevents the Movant from enforcing its rights under the Note and Deed of Trust.

13. Cause exists for lifting the automatic stay imposed by Sections 362 and 1201 of the Bankruptcy Code to enable the Movant to enforce its rights under its Note and Deed of Trust.

WHEREFORE, the Movant, Rocket Mortgage, LLC FKA Quicken Loans, LLC its successors and/or assigns, respectfully requests that this Honorable Court.

1. Enter an order terminating the automatic stay imposed by Sections 362 and 1201 of the Bankruptcy Code to enable it to proceed with a foreclosure sale, accept a deed in lieu or agree to a short sale of the real property and improvements located at 1440 Primrose Rd NW, Washington, DC 20012; and

2. Grant such other and further relief as may be just and necessary.

/s/ Mark D. Meyer
Mark D. Meyer, Esq. # 475552
Rosenberg & Associates, LLC
4340 East West Highway, Suite 600
Bethesda, MD 20814
301-907-8000

**CERTIFICATE OF SERVICE**

I hereby certify that on the 20th day of August, 2024, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the foregoing Motion for Relief from the Automatic Stay will be served electronically by the Court's CM/ECF system on the following:

Rebecca A. Herr, Trustee

Maurice VerStandig, Esquire

I hereby further certify that on the 20th day of August, 2024, a copy of the foregoing Motion for Relief from the Automatic Stay was also mailed first class mail, postage prepaid to:

Corey Barnette
1440 Primrose Road, NW
Washington, DC 20012

Kim Barnette
1440 Primrose Rd NW
Washington, DC 20012

/s/ Mark D. Meyer
Mark D. Meyer, Esq.