UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON

| | |
|---|---|
| IN RE<br><br>COREY BARNETTE,<br><br>   Debtor(s) | Chapter 12<br>Case NO. 24-00111-ELG |
| ROCKET MORTGAGE, LLC FKA QUICKEN LOANS, LLC<br>635 Woodward Ave.<br>Detroit, MI 48226<br><br>   Movant<br>v.<br><br>Corey Barnette<br>1440 Primrose Road, NW<br>Washington, DC 20012<br><br>and<br><br>Kim Barnette<br>1440 Primrose Rd Nw<br>Washington, DC 20012<br><br>   Respondent(s) | Motion No. |

**EXHIBIT A - DEBT**

**Pre Petition**

| | |
|---|---:|
| **Arrears** | $3,770.58 |
| POC Arrears | |
| Total: | $3,770.58 |

**Post Petition Arrears**

| | |
|---|---:|
| 3 payments of $3,877.91 for 06/01/2024 - 08/01/2024 | $11,633.73 |

Mark D. Meyer
DC BAR 475552
Rosenberg & Associates, LLC
4340 East West Highway,
Suite 600
Bethesda, MD 20814
301-907-8000
File Number:
24-002679-DC-B-5

| | | |
|---|---|---|
| Attorney`s Fees | | $1,249.00 |
| | Total: | $12,882.73 |
| | **Total Pre and Post Petition Arrears:** | **$16,653.31** |