UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON

| | |
|---|---|
| IN RE<br><br>COREY BARNETTE<br><br>   Debtor(s) | Chapter 12<br>Case NO. 24-00111-ELG |
| ROCKET MORTGAGE, LLC FKA QUICKEN LOANS, LLC<br>635 Woodward Ave.<br>Detroit, MI 48226<br><br>   Movant<br>v.<br><br>Corey Barnette<br>1440 Primrose Road, NW<br>Washington, DC 20012<br><br>and<br><br>Kim Barnette<br>1440 Primrose Rd NW<br>Washington, DC 20012<br><br>   Respondent(s) | Motion No. |

Mark D. Meyer
DC BAR 475552
Rosenberg & Associates, LLC
4340 East West Highway,
Suite 600
Bethesda, MD 20814
301-907-8000
File Number:
24-002679-DC-B-5

## <u>NOTICE OF MOTION FOR RELIEF FROM STAY AND HEARING THEREON</u>

    Rocket Mortgage, LLC FKA Quicken Loans, LLC has filed papers with the court seeking relief from the automatic stay of 11 U.S.C § 362(a) to enable it proceed to foreclosure on the property known as 1440 Primrose Rd NW, Washington, DC 20012.  Your rights may be affected.  You should read these papers carefully and discuss them with your lawyer, if you have one in this bankruptcy case.  (If you do not have a lawyer, you may wish to consult one.)

    If you do not want the court to grant the motion for relief from stay, or if you want the court to consider your views on the motion, then by September 6, 2024 you or your lawyer must file a written response with the clerk of the Bankruptcy Court explaining your position

and mail a copy to:

Mark D. Meyer, Esq.
mark.meyer@rosenberg-assoc.com
Rosenberg and Associates, LLC
4340 East West Highway, Suite 600
Bethesda, MD 20814

Rebecca A. Herr, Trustee
185 Admiral Cochrane Dr., Suite 240
Annapolis, MD 21401

If you mail rather than deliver, your response to the Clerk of the Bankruptcy Court for filing,
you  must mail it early enough so that the court will receive it by the date stated above.

The hearing is scheduled for

**September 11, 2024 at 9:30 AM at the United States Bankruptcy Court, 333
Constitution Avenue N.W., Washington, DC 20001 Courtroom Number 1.
Parties may attend in person or virtually via Zoom. Contact the Courtroom
Deputy for Zoom Information - aimee_mathewes@dcb.uscourts.gov.**

IF YOU OR YOUR LAWYER DO NOT TAKE THESE STEPS BY THE DEADLINE,
THE COURT MAY DECIDE THAT YOU DO NOT OPPOSE THE RELIEF SOUGHT IN THE
MOTION AND MAY GRANT OR OTHERWISE DISPOSE OF THE MOTION BEOFRE THE
SCHEDULED HEARING DATE.

Date: August 14, 2024

 /s/ Mark D. Meyer
Mark D. Meyer, Esq. # 475552
Rosenberg & Associates, LLC
4340 East West Highway, Suite 600
Bethesda, MD 20814
301-907-8000

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of August, 2024, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the foregoing Notice of Motion for Relief from the Automatic Stay will be served electronically by the Court's CM/ECF system on the following:

Rebecca A. Herr, Trustee
185 Admiral Cochrane Dr., Suite 240
Annapolis, MD 21401

Maurice Belmont VerStandig
9812 Falls Road, # 114-160
Potomac, MD 20854

I hereby further certify that on the 204th day of August, 2024, a copy of the foregoing Notice of Motion for Relief from the Automatic Stay was also mailed first class mail, postage prepaid to:

Corey Barnette
1440 Primrose Road, NW
Washington, DC 20012

Kim Barnette
1440 Primrose Rd NW
Washington, DC 20012


 /s/ Mark D. Meyer
Mark D. Meyer, Esq. # 475552
Rosenberg & Associates, LLC
4340 East West Highway, Suite 600
Bethesda, MD 20814
301-907-8000