UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON

| | |
|---|---|
| IN RE<br><br>COREY BARNETTE<br><br><br>Debtor(s) | Chapter 12<br>Case NO. 24-00111-ELG |
| ROCKET MORTGAGE, LLC FKA QUICKEN LOANS, LLC<br>635 Woodward Ave.<br>Detroit, MI 48226<br><br>Movant<br>v.<br><br>Corey Barnette<br>1440 Primrose Road, NW<br>Washington, DC 20012<br><br>and<br><br>Kim Barnette<br>1440 Primrose Rd NW<br>Washington, DC 20012<br><br>Respondent(s) | Motion No. |

Mark D. Meyer
DC BAR 475552
Rosenberg & Associates, LLC
4340 East West Highway,
Suite 600
Bethesda, MD 20814
301-907-8000
File Number:
24-002679-DC-B-5

## **ORDER GRANTING RELIEF FROM AUTOMATIC STAY**

    Upon consideration of the foregoing Motion Seeking Relief from the Automatic Stay, and good cause having been shown, by the United State Bankruptcy Court for the District of Columbia.

    ORDERED that the automatic stay imposed by 11 U.S.C. Section 362(a) and 1301, be and the same is hereby, terminated to enable Rocket Mortgage, LLC FKA Quicken Loans, LLC, its successors and/or assigns, to proceed with the foreclosure sale against the real property and improvements known as 1440 Primrose Rd NW, Washington, DC 20012, and that the successful purchaser thereof may take all lawful actions to obtain possession of same; and be it further

  ORDERED that the Automatic Stay of 11 U.S.C. Section 362(a) be, and it hereby, shall not be reimposed as to the Debtor`s interest, by the conversion of this case to a case under any other chapter of the Bankruptcy Code.

I ask for this:

<u>/s/ Mark D. Meyer</u>
Mark D. Meyer, Esq. # 475552
Rosenberg & Associates, LLC
4340 East West Highway, Suite 600
Bethesda, MD 20814
301-907-8000

| | |
|---|---|
| cc: Mark D. Meyer, Esq.<br>  Rosenberg & Associates, LLC<br>  4340 East West Highway, Suite 600<br>  Bethesda, MD 20814 | Rebecca A. Herr, Trustee<br>185 Admiral Cochrane Dr., Suite 240<br>Annapolis, MD 21401 |
|   Corey Barnette<br>  1440 Primrose Road, NW<br>  Washington, DC 20012 | Maurice Belmont VerStandig<br>9812 Falls Road, # 114-160<br>Potomac, MD 20854 |
|   Kim Barnette<br>  1440 Primrose Rd NW<br>  Washington, DC 20012 | |

              End of Order