BANKRUPTCY POST PETITION PAYMENT HISTORY

**Name:** Barnette  
**Date:** 8/8/2024  
**Loan Number:** █████  
**BK Case number:** 24-00111  
**BK File Date:** 4/14/2024

5/1/24-3877.91

| Date | Transaction Type | Check No: | Amount Received | Monthly Payment Amount | Amount Applied | | Post Due Date 5/1/24 | Debtor Suspense | Plan 1 | Plan 2 |
|---|---|---|---|---|---|---|---|---|---|---|
| 5/24/24 | Post Pet-Payment | | $ 3,877.91 | **$3,877.91** | $ 3,877.91 | 5/1/2024 | 6/1/2024 | | | |
| 6/1/24 | No Funds Recvd | | $ - | **$3,877.91** | $ - | | | | | |
| 7/1/24 | No Funds Recvd | | $ - | **$3,877.91** | $ - | | | | | |
| 8/1/24 | No Funds Recvd | | $ - | **$3,877.91** | $ - | | | | | |

**Total:** $ -