**Recording Requested By/Return To:**

Final Docs Team
1050 Woodward Ave.
Detroit, MI 48226

**This Instrument Prepared By:**
Andrew Curd
Rocket Mortgage, LLC
1050 Woodward Ave.
Detroit, MI 48226
Tel. No.: (800) 226-6308 ext. 34780

# Assignment of Deed of Trust

FOR VALUE RECEIVED, Mortgage Electronic Registration Systems, Inc. ("MERS") as beneficiary, as nominee for Rocket Mortgage, LLC, FKA Quicken Loans, LLC, whose address is P.O Box 2026, Flint, MI, 48501-2026, its successors and assigns, does hereby grant,

assign, transfer and convey, unto Rocket Mortgage, LLC, FKA Quicken Loans, LLC, a corporation organized and existing under the laws of the state of Michigan address is (herein "Assignee"), whose 1050 Woodward Ave. Detroit, MI 48226

, its successors
and assigns, all its right, title and interest in and to a certain Mortgage dated January 11, 2022 ,
made and executed by
KIM W. BARNETTE AND COREY L. BARNETTE, WIFE AND HUSBAND

whose address is 1440 Primrose Rd Nw Washington DC, 20012

to HEATHER LOVIER

Trustee, upon the
following described property situated in   DISTRICT OF COLUMBIA    County, State
of District Of Columbia                  :
SEE EXHIBIT "A" ATTACHED HERETO AND MADE A PART
HEREOF SUBJECT TO COVENANTS OF RECORD.

Tax Parcel#:

| Mortgage Recorded On: | 02/07/2022 | Book/Liber#: |
| --- | --- | --- |
| Document Number: | | Page#: |
| MIN: | | MERS Phone: 1-888-679-6377 |

MEAS Assignment of Mortgage
VMP ®
Wolters Kluwer Financial Services © 2000, 2011

1104).00
Page 1 of 3

such Mortgage having been given to secure payment of
Six Hundred Ninety Eight Thousand Dollars and 00/100
($ 698,000.00         ) (Include the Original Principal Amount) which Mortgage is of record
in Book, Volume, or Liber No.           , at page           (or as No.
2022014154            ) of the                       Records of
                                        DISTRICT OF COLUMBIA   County, State of
District Of Columbia           and all rights accrued or to accrue under such Mortgage.

TO HAVE AND TO HOLD, the same unto Assignee, its successors and assigns, forever, subject only to the terms and conditions of the above-described Mortgage.

IN WITNESS WHEREOF, the undersigned Assignor has executed this Assignment of Mortgage on April 17, 2024

_____
Witness Mary Hennessy

_____
Witness Hannah Wloch

_____
Attest

**Mortgage Electronic Registration Systems, Inc. ("MERS")** as beneficiary, as nominee for Rocket Mortgage, LLC, FKA Quicken Loans, LLC, its successors and assigns

By: _____
                    (Signature)

Name:  Angela Nicholson
Title:  Assistant Secretary of MERS

MERS Assignment of Mortgage
VMP ®
Wolters Kluwer Financial Services © 2000, 2011

VMP95M (1104).00
Page 2 of 3

**Acknowledgement**

State of Michigan
County of Wayne
On 04/17/2024 , before me Andrew Curd , a Notary Public of Michigan , personally appeared Angela Nicholson , Assistant Secretary of Mortgage Electronic Registration Systems, Inc., personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument, the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

ANDREW CURD
NOTARY PUBLIC - STATE OF MICHIGAN
COUNTY OF OAKLAND
My Commission Expires October 19, 2026
Acting in the County of Wayne

Name: Andrew Curd
Title: Notary Public

MERS Assignment of Mortgage
Wolters Kluwer Financial Services © 2000, 2011

VMP95M (1104).00
Page 3 of 3

## EXHIBIT A - LEGAL DESCRIPTION

Tax Id Number(s): 2769   0013

Land situated in the District of Columbia

LOT 13 IN SQUARE 2769 IN A SUBDIVISION MADE BY SALLY A. MAXEY, AS PER PLAT RECORDED IN LIBER NO. 122, AT FOLIO 144 AMONG THE LAND RECORDS OF THE OFFICE OF SURVEYOR FOR THE DISTRICT OF COLUMBIA.

Commonly known as:   1440 Primrose Rd NW, Washington, DC 20012-1224

THE PROPERTY ADDRESS AND TAX PARCEL IDENTIFICATION NUMBER LISTED ARE PROVIDED SOLELY FOR INFORMATIONAL PURPOSES.

```
Doc #: 2024037598
Filed & Recorded
04/23/2024 03:33 PM
IDA WILLIAMS
RECORDER OF DEEDS
WASH DC RECORDER OF DEEDS
   RECORDING FEES            $25.00
   SURCHARGE                  $6.50
TOTAL:                       $31.50
```