IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re:<br><br>**COREY BARNETTE,**<br><br>Debtor. | **Case No. 24-00111-ELG**<br><br>**Chapter 12** |

### THE UNITED STATES TRUSTEE'S EXHIBIT AND WITNESS LIST FOR AUGUST 28, 2024 HEARING ON MOTION TO DISMISS CHAPTER 12 CASE

Gerard R. Vetter, Acting United States Trustee for Region 4 (the "U.S. Trustee"), by and through his undersigned counsel, provides the following lists of exhibits and witnesses regarding his Motion to Dismiss Chapter 12 Case:

1. List of Witnesses the U.S. Trustee may call if need arises.

    A. Corey Barnette

2. The U.S. Trustee reserves the right to call any additional witnesses identified or called by the Debtor or any other party in interest, and the right to call any additional witnesses as identified or as otherwise necessary as impeachment or rebuttal witnesses.

3. List of Exhibits the U.S. Trustee intends to introduce:

| Exhibit | Identified | Admitted | Description |
|---|---|---|---|
| 1. | | | Petition and Schedules filed April 14, 2024. |
| 2. | | | Debtor's Schedules I and J filed May 1, 2024. |
| 3. | | | Debtor's Combined CashApp Transactions. |
| 4. | | | Debtor's Apple Cash Statements July 1, 2023 – July 10, 2024. |
| 5. | | | Kim Barnette's Navy Federal Credit Union Statements September 2023 – April 2024. |

Michael T. Freeman
Asst. United States Trustee
Office of the United States Trustee
1725 Duke St., Suite 650
Alexandria, VA 22314
(703) 557-7274- Direct Dial
(202) 934-4174 – Office Cell
michael.t.freeman@usdoj.gov

1

|  |  |  |  |
|---|---|---|---|
| 6. |  |  | Transcript of 341 Meeting of Creditors June 20, 2024. |
| 7. |  |  | Estate of Minnie S. Wright Wells Fargo Statements May 2023 – May 2024. |
| 8. |  |  | Transcript of 341 Meeting of Creditors July 15, 2024. |
| 9. |  |  | District Growers Financials as of December 31, 2023. |
| 10. |  |  | District Growers Financials as of June 30, 2024. |
| 11. |  |  | Debtor's 2023 Tax Returns. |
| 12. |  |  | The Tribe Companies, LLC corporate documents in California. |

4.  The U.S. Trustee reserves the right to amend, correct or supplement this exhibit list prior to the hearing on its Motion if circumstances warrant. The U.S. Trustee further reserves the right to use any exhibit identified by the Debtor or other parties in interest and to submit additional exhibits for impeachment and/or rebuttal purposes.

August 22, 2024                           GERARD R. VETTER
                                          ACTING U.S. TRUSTEE, REGION 4


                                          By: /s/ Michael T. Freeman
                                          Michael T. Freeman, Asst. U.S. Trustee
                                          VA Bar No. 65460
                                          Office of the United States Trustee
                                          1725 Duke St., Suite 650
                                          Alexandria, VA 22314
                                          (703) 557-7274- Direct Dial
                                          michael.t.freeman@usdoj.gov

**Certificate of Service**

      I hereby certify that on August 22, 2024, I electronically filed the foregoing Exhibit and Witness List with the Clerk of the Court and served it via the Court's CM/ECF system upon all counsel who have entered an appearance in these cases:

Michael T. Freeman michael.t.freeman@usdoj.gov, robert.w.ours@usdoj.gov

Rebecca A. Herr ecf@ch13md.com

Mark Meyer bankruptcy@rosenberg-assoc.com, bankruptcy@rosenberg-assoc.com

U. S. Trustee for Region Four USTPRegion04.DC.ECF@USDOJ.GOV

Maurice Belmont VerStandig mac@mbvesq.com, lisa@mbvesq.com; mac@dcbankruptcy.com; verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

                                        */s/ Robert W. Ours*
                                        Robert W. Ours
                                        Paralegal Specialist