The order below is hereby signed.

Signed: September 6 2024



*Elizabeth L. Gunn*
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF COLUMBIA

In re:

**Corey Barnette,**

        Debtor.

Case No. 24-00111-ELG

Chapter 12

## ORDER ON MOTION TO DISMISS CASE

On April 14, 2024, the above-captioned Debtor filed his petition for relief under chapter 12 of the United States Bankruptcy Code. On May 30, 2024, the Office of the United States Trustee filed a motion to dismiss the case for either (i) the Debtor's ineligibility for chapter 12 relief as a family farmer or (ii) the involvement of the Debtor in the cannabis industry (the "Motion to Dismiss") (ECF No. 21). On July 22, 2024, the Debtor filed his *Opposition to U.S. Trustee's Motion to Dismiss Chapter 12 Case* (ECF No. 27). On August 28, 2024, the Court held an evidentiary hearing on the chapter 12 eligibility portion of the Motion to Dismiss. On September 5, 2024, the Court issued a bench ruling (the "Bench Ruling") finding that the Debtor is not an individual involved in a farming operation and therefore does not qualify for chapter 12 relief and cause exists to dismiss this case if it is not timely converted.

Therefore, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that:

1.    The Debtor shall have until September 16, 2024 to file a motion to convert this case to another chapter under Title 11.

2. If the Debtor fails to file a timely motion to covert, this case shall be dismissed without further notice.

[Signed and dated above.]

Copies to: Debtor; all entities on the BNC Mailing list.