The order below is hereby signed.

Signed: September 6 2024



Elizabeth L. Gunn
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF COLUMBIA

In re:

    **Corey Barnette,**

            **Debtor.**

Case No. 24-00111-ELG

Chapter 12

## ORDER ON MOTION TO DISMISS CASE

On April 14, 2024, the above-captioned Debtor filed his petition for relief under chapter 12 of the United States Bankruptcy Code. On May 30, 2024, the Office of the United States Trustee filed a motion to dismiss the case for either (i) the Debtor's ineligibility for chapter 12 relief as a family farmer or (ii) the involvement of the Debtor in the cannabis industry (the "Motion to Dismiss") (ECF No. 21). On July 22, 2024, the Debtor filed his *Opposition to U.S. Trustee's Motion to Dismiss Chapter 12 Case* (ECF No. 27). On August 28, 2024, the Court held an evidentiary hearing on the chapter 12 eligibility portion of the Motion to Dismiss. On September 5, 2024, the Court issued a bench ruling (the "Bench Ruling") finding that the Debtor is not an individual involved in a farming operation and therefore does not qualify for chapter 12 relief and cause exists to dismiss this case if it is not timely converted.

Therefore, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that:

1.    The Debtor shall have until September 16, 2024 to file a motion to convert this case to another chapter under Title 11.

      2.      If the Debtor fails to file a timely motion to covert, this case shall be dismissed without further notice.

[Signed and dated above.]

Copies to: Debtor; all entities on the BNC Mailing list.

United States Bankruptcy Court

District of Columbia

In re:  Case No. 24-00111-ELG
Corey Barnette  Chapter 12
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0090-1      User: admin      Page 1 of 2
Date Rcvd: Sep 06, 2024      Form ID: pdf001      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 08, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Corey Barnette, 1440 Primrose Road, NW, Washington, DC 20012-1224 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 08, 2024      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 6, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Mark Meyer | on behalf of Creditor Rocket Mortgage LLC FKA Quicken Loans, LLC bankruptcy@rosenberg-assoc.com, bankruptcy@rosenberg-assoc.com |
| Maurice Belmont VerStandig | on behalf of Debtor Corey Barnette mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Michael T. Freeman | on behalf of U.S. Trustee U. S. Trustee for Region Four michael.t.freeman@usdoj.gov robert.w.ours@usdoj.gov |
| Rebecca A. Herr | ecf@ch13md.com |
| U. S. Trustee for Region Four | USTPRegion04.DC.ECF@USDOJ.GOV |

District/off: 0090-1  User: admin  Page 2 of 2
Date Rcvd: Sep 06, 2024  Form ID: pdf001  Total Noticed: 1
TOTAL: 5