Maurice B. VerStandig, Esq.
Bar No. MD18071
The Belmont Firm
1050 Connecticut Avenue, NW
Suite 500
Washington, DC 20036
Phone: (202) 991-1101
mac@dcbankruptcy.com
*Counsel for Corey Barnette*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | Case No. 24-111-ELG |
| | ) | (Chapter 12) |
| COREY BARNETTE | ) | |
| | ) | |
| Debtor. | ) | |

**NOTICE OF MOTION TO CONVERT TO CHAPTER 11
AND ELECT SUBCHAPTER V DESIGNATION**

NOTICE IS HEREBY GIVEN that Corey Barnette ("Mr. Barnette" or the "Debtor") has filed a motion to convert this case to a proceeding under subchapter V of Chapter 11 of Title 11 of the United States Code.

NOTICE OF DEADLINE TO OBJECT. If you do not want the Court to grant the motion or if you would like the Court to consider your views, then ON OR BEFORE SEPTEMBER 30, 2024, you must file and serve a written objection to the motion. The objection must be filed with the Clerk of the Bankruptcy Court, U.S. Courthouse, 333 Constitution Ave., N.W., Washington, D.C. 20001 and served (by delivery or mailing a copy) upon the undersigned. The objection must contain a complete specification of the factual and legal grounds upon which it is based. You may append affidavits and documents in support of your objection.

NOTICE OF HEARING. A hearing on the motion has been scheduled before the Honorable Elizabeth L. Gunn, United States Bankruptcy Judge, for October 2, 2024 at 1:00 PM.

The hearing will be held in a hybrid fashion, at the above-referenced address and via Zoom video conferencing. For meeting code, contact Courtroom Deputy Aimee Mathewes at Aimee_Mathewes@dcb.uscourts.gov.

Respectfully submitted,

Dated: September 15, 2024    By:    /s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
Bar No. MD18071
The Belmont Firm
1050 Connecticut Avenue, NW
Suite 500
Washington, DC 20036
Phone: (202) 991-1101
mac@dcbankruptcy.com
*Counsel for the Debtor*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 15th day of September, 2024, a copy of the foregoing was served electronically upon filing via the ECF system, with a copy also being sent, via US Mail, postage prepaid, to all parties on the attached mailing matrix, on September 16, 2024.

/s/ Maurice B. VerStandig
Maurice B. VerStandig