| | | |
|---|---|---|
| Label Matrix for local noticing<br>0090-1<br>Case 24-00111-ELG<br>United States Bankruptcy Court for the Distri<br>Washington, D.C.<br>Sun Sep 15 13:23:49 EDT 2024 | Capital One Auto Finance, a division of Capi<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | Rocket Mortgage, LLC FKA Quicken Loans, LLC<br>635 Woodward Avenue<br>635 Woodward Avenue<br>Detroit, MI 48226-3408 |
| Washington, D.C.<br>E. Barrett Prettyman U. S. Courthouse<br>333 Constitution Ave, NW #1225<br>Washington, DC 20001-2802 | Bank of America<br>Attn: Bankruptcy<br>4909 Savarese Cir<br>Tampa, FL 33634-2413 | Bank of America<br>PO Box 982238<br>El Paso, TX 79998-2238 |
| Barbarglantz Management, LLC<br>398 Laguna Terrace<br>Simi Valley, CA 93065-5311 | Baruck Bros Investments, LLC, et al.<br>398 Laguna Terrace<br>Simi Valley, CA 93065-5311 | Capital One Auto Finance<br>Attn: Bankruptcy<br>7933 Preston Rd<br>Plano, TX 75024-2302 |
| Capital One Auto Finance<br>Credit<br>Bureau DISPUTE<br>Plano, TX 75023 | Capital One Auto Finance, a division of<br>AIS Portfolio Services, LLC<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | Capital One Auto Finance, a division of Capi<br>P.O. Box 4360<br>Houston, TX 77210-4360 |
| Citibank/Best Buy<br>Citicorp Cr Srvs/Centralized Bankruptcy<br>PO Box 790040<br>Saint Louis, MO 63179-0040 | Citibank/Best Buy<br>PO Box 6497<br>Sioux Falls, SD 57117-6497 | DC Department of Motor Vehicles<br>PO Box 90120<br>Washington, DC 20090-0120 |
| DC Office of Tax and Revenue<br>1101 4th St., SW #270<br>Washington, DC 20024-4457 | DiBenedetto Law Group PC<br>1101 Pacific Avenue Suite 200<br>Santa Cruz, CA 95060-7507 | Discover Financial<br>Attn: Bankruptcy<br>PO Box 3025<br>New Albany, OH 43054-3025 |
| Discover Financial<br>PO Box 30939<br>Salt Lake City, UT 84130-0939 | Farley Law Firm<br>500 North Willis Street<br>Visalia, CA 93291-4806 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| Kim Burnette<br>1440 Primrose Road, NW<br>Washington, DC 20012-1224 | Malik Burnett<br>5119 Benton Heights Ave<br>Baltimore, MD 21206-5052 | Robert Kurz<br>1050 E Southampton Ave<br>Glenside, PA 19038-7902 |
| Rocket Mortgage<br>1050 Woodward Ave<br>Detroit, MI 48226-3573 | Rocket Mortgage<br>Attn: Bankruptcy<br>1050 Woodward Ave<br>Detroit, MI 48226-3573 | Rocket Mortgage, LLC fka Quicken Loans, LLC<br>635 Woodward Avenue<br>Detroit, MI 48226-3408 |
| The Tribe Companies, LLC<br>25 Oak Place<br>Kernville, CA 93238 | U. S. Trustee for Region Four<br>U. S. Trustee's Office<br>1725 Duke Street<br>Suite 650<br>Alexandria, VA 22314-3489 | Corey Barnette<br>1440 Primrose Road, NW<br>Washington, DC 20012-1224 |

Maurice Belmont VerStandig
The VerStandig Law Firm, LLC
9812 Falls Road
#114-160
Potomac, MD 20854-3976

Rebecca A. Herr
185 Admiral Cochrane Dr
Ste 240
Annapolis, MD 21401-7623

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Capital One Auto Finance, a division of Ca
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

End of Label Matrix
Mailable recipients    31
Bypassed recipients     1
Total                  32