The order below is hereby signed.

Signed: October 1 2024

*Elizabeth L. Gunn*
U.S. Bankruptcy Judge



UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON

| | |
|---|---|
| IN RE<br><br>COREY BARNETTE, AKA COREY BARNETTE<br><br>   Debtor(s) | Chapter 12<br>Case NO. 24-00111-ELG |
| ROCKET MORTGAGE, LLC FKA QUICKEN LOANS, LLC<br>635 Woodward Ave.<br>Detroit, MI 48226<br><br>   Movant<br>v.<br><br>Corey Barnette, aka COREY BARNETTE<br>Kim Barnette<br>1440 Primrose Rd NW<br>Washington, DC 20012<br><br>   Respondent(s) | Motion No. |

## **CONSENT ORDER MODIFYING AUTOMATIC STAY**

Upon consideration of the Movant's Motion Seeking Relief from the Automatic Stay and the parties having reached an agreement, it is by the United States Bankruptcy Court for the District of Columbia:

Mark D. Meyer
DC BAR 475552
Rosenberg & Associates, LLC
4340 East West Highway,
Suite 600
Bethesda, MD 20814
301-907-8000
File Number:
24-002679-DC-B-5

Page 1

ORDERED that the Automatic Stay be, and it is hereby, modified pursuant to 11 U.S.C. Sections 362(d) and 1201, to permit Movant to commence foreclosure proceeding against the real property and improvements with a legal description of "Tax ID Number(s): 2769 0013; Land situated in the District of Columbia:

LOT 13 IN SQUARE 2769 IN A SUBDIVISION MADE BY SALLY A. MAXEY, AS PER PLAT RECORDED IN LIBER NO. 122, AT FOLIO 144 AMONG THE LAND RECORDS OF THE OFFICE OF SURVEYOR FOR THE DISTRICT OF COLUMBIA.

Commonly known as: 1440 Primrose Rd, NW, Washington, DC 20012-1224;" also known as 1440 Primrose Rd NW, Washington, DC 20012 and to allow the successful purchaser to obtain possession of same; and be it further

ORDERED that the above Order be and it is hereby, stayed provided that the Debtor:

1.    Resume regular monthly payments to the Movant with the September 1, 2024 payment of $3877.91 and continue thereafter to make regular monthly payments as they become due pursuant to the terms of the Promissory Note secured by the Deed of Trust on the above referenced property; and

2.    Make a payment to the Movant of $208.89 by October 15, 2024 (said payment represents 1/6 of the attorneys` fees and costs of $1253.14) and continue to make payments of $208.85 by the 15th of each month through and including March 15, 2025; and

3.    All payments to the Movant should be made to:

Rocket Mortgage, LLC FKA Quicken Loans, LLC
635 Woodward Ave.
Detroit, MI 48226

To the extent the Debtor defaults in making the above specified cure or regular payments then the Movant shall file a notice of default with the court allowing an additional ten (10) days from the filing of the notice to cure in certified funds or file an objection. Attorney fees for filing each Affidavit of Default may be $100.00 with additional charges for objections and/or hearings. If after ten (10) days from the filing of the notice, the payment remains in arrears, Movant or its attorney shall be free to commence a foreclosure proceeding on the real property and improvements described above, without further order of court.

Upon the filing of the third such affidavit, the Automatic Stay shall immediately terminate; and be it further

ORDERED that the fourteen (14) day stay of Rule 4001(a)(3), and it is hereby, waived and the terms of this Order are immediately enforceable, and be it further

    ORDERED that the Automatic Stay of 11 U.S.C. Section 362 be, and it hereby, shall not be reimposed as to the Debtor`s interest, by the conversion of this case to a case under any other chapter of the Bankruptcy Code.

AGREED AND CONSENTED TO:

| /s/ Mark D. Meyer | /s/ Maurice Belmont VerStandig |
|---|---|
| Mark D. Meyer, Esq. # 475552 | Maurice Belmont VerStandig, Esq. |
| Attorney for Movant | Attorney for Debtor |

cc.
Mark D. Meyer, Esq.
Rosenberg and Associates, LLC
4340 East West Highway, Suite 600
Bethesda, MD 20814

Rebecca A. Herr
Trustee
185 Admiral Cochrane Dr., Suite 240
Annapolis, MD 21401

Maurice Belmont VerStandig
The VerStandig Law Firm, LLC
9812 Falls Road #114-160
Potomac, MD 20854

Corey Barnette, aka COREY BARNETTE
1440 Primrose Road, NW
Washington, DC 20012

Kim Barnette
1440 Primrose Rd NW
Washington, DC 20012

    I HEREBY CERTIFY that the terms of the copy of the consent order submitted to the Court are identical to those set forth in the original consent order; and the signatures represented by the /s/_____ on this copy reference the signatures of consenting parties on the original consent order.

                                            /s/ Mark D. Meyer
                                            Mark D. Meyer, Esq. # 475552

**END OF ORDER**