The order below is hereby signed.

Signed: October 1 2024



Elizabeth L. Gunn
U.S. Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | Case No. 24-111-ELG |
| | ) | (Chapter 12) |
| COREY BARNETTE | ) | |
| | ) | |
| Debtor. | ) | |

**ORDER GRANTING MOTION TO CONVERT
TO CHAPTER 11 AND ELECT SUBCHAPTER V DESIGNATION**

Upon consideration of the Motion to Convert to Chapter 11 and Elect Subchapter V Designation (the "Motion," as found at DE #48), the lack of objections thereto, the record herein, and governing law, it is, by the United States Bankruptcy Court for the District of Columbia, hereby:

ORDERED, the Motion be, and hereby is, GRANTED; and it is further

ORDERED, that the above-captioned case be, and hereby is, CONVERTED to a proceeding under Chapter 11 of Title 11 of the United States Code; and it is further

ORDERED, that the above-captioned case proceed pursuant to Subchapter V of Chapter 11 of Title 11 of the United States Code without the need for the debtor to make additional formal election of Subchapter V status; and it is further

ORDERED, the debtor shall file those documents required by Sections 1187 and 1116 of Title 11 of the United States Code, or a statement pursuant to Section 1116(1)(B) of Title 11 of the United States Code, within seven (7) days of the entry of this order.

I ask for this:

/s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
Bar No. MD18071
The VerStandig Law Firm
d/b/a/ The Belmont Firm
1050 Connecticut Avenue, NW, Suite 500
Washington, DC 20036
Phone: (202) 991-1101
mac@dcbankruptcy.com
*Counsel for Corey Barnette*