IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **In re:** | |
| **Corey Barnette,** | Case No. 24-00111-ELG |
| **Debtor.** | Chapter 11 – Subchapter V |

## NOTICE OF APPOINTMENT OF SUBCHAPTER V TRUSTEE

Pursuant to 11 U.S.C. § 1183(a), the Acting United States Trustee for Region 4 has appointed the following qualified individual as Subchapter V trustee in the above-captioned case:

> Monique D. Almy
> Crowell & Moring LLP
> 1001 Pennsylvania Avenue, N.W.
> Washington, DC 20004
> Phone: (202) 624-2935
> Email: malmy@crowell.com

The trustee's verified statement of disinterestedness and anticipated rate of compensation are attached to this notice.

Date: October 2, 2024

GERARD R. VETTER
Acting United States Trustee, Region 4

By: */s/ Michael T. Freeman*
Michael T. Freeman
Virginia State Bar No. 65460
Asst. United States Trustee
Office of the United States Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314
(703) 557-7274- Direct Dial
(202) 934-4174- Office Cell
Michael.T.Freeman@usdoj.gov

## Certificate of Service

I hereby certify that on October 2, 2024, I electronically filed the foregoing Notice of Appointment of Chapter 11 Subchapter V Trustee with the Clerk of the Court and transmitted a true and correct copy of said documents electronically through the electronic case filing system to the following:

Michael T. Freeman michael.t.freeman@usdoj.gov, robert.w.ours@usdoj.gov

Rebecca A. Herr ecf@ch13md.com

Mark Meyer bankruptcy@rosenberg-assoc.com, bankruptcy@rosenberg-assoc.com

U. S. Trustee for Region Four USTPRegion04.DC.ECF@USDOJ.GOV

Maurice Belmont VerStandig mac@mbvesq.com, lisa@mbvesq.com; mac@dcbankruptcy.com; verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

/s/ Robert W. Ours
Robert W. Ours
Paralegal Specialist