The order below is hereby signed.

Signed: October 1 2024

Elizabeth L. Gunn
U.S. Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

In re:                                )        Case No. 24-111-ELG
                                      )        (Chapter 12)
COREY BARNETTE                        )
                                      )
        Debtor.                       )

**ORDER GRANTING MOTION TO CONVERT**
**TO CHAPTER 11 AND ELECT SUBCHAPTER V DESIGNATION**

Upon consideration of the Motion to Convert to Chapter 11 and Elect Subchapter V Designation (the "Motion," as found at DE #48), the lack of objections thereto, the record herein, and governing law, it is, by the United States Bankruptcy Court for the District of Columbia, hereby:

ORDERED, the Motion be, and hereby is, GRANTED; and it is further

ORDERED, that the above-captioned case be, and hereby is, CONVERTED to a proceeding under Chapter 11 of Title 11 of the United States Code; and it is further

ORDERED, that the above-captioned case proceed pursuant to Subchapter V of Chapter 11 of Title 11 of the United States Code without the need for the debtor to make additional formal election of Subchapter V status; and it is further

1

ORDERED, the debtor shall file those documents required by Sections 1187 and 1116 of

Title 11 of the United States Code, or a statement pursuant to Section 1116(1)(B) of Title 11 of

the United States Code, within seven (7) days of the entry of this order.

I ask for this:

/s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
Bar No. MD18071
The VerStandig Law Firm
d/b/a/ The Belmont Firm
1050 Connecticut Avenue, NW, Suite 500
Washington, DC 20036
Phone: (202) 991-1101
mac@dcbankruptcy.com
*Counsel for Corey Barnette*

2

United States Bankruptcy Court

District of Columbia

In re:                                                                                      Case No. 24-00111-ELG

Corey Barnette                                                                         Chapter 11

   Debtor

# CERTIFICATE OF NOTICE

District/off: 0090-1                          User: admin                                      Page 1 of 3

Date Rcvd: Oct 01, 2024                   Form ID: pdf001                               Total Noticed: 34

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 03, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Corey Barnette, 1440 Primrose Road, NW, Washington, DC 20012-1224 |
| smg | ++ | CHILD SUPPORT SERVICES DIVISION, ATTN LEGAL SERVICES SECTION, 400 SIXTH ST NW, SUITE 8300, WASHINGTON DC 20001-0189 address filed with court:, Child Support Services Division, Office of the Attorney General, Judiciary Square 441 4th Street, NW, 5th Floor, Washington, DC 20001 |
| 777021 | + | Barbarglantz Management, LLC, 398 Laguna Terrace, Simi Valley, CA 93065-5311 |
| 777022 | + | Baruck Bros Investments, LLC, et al., 398 Laguna Terrace, Simi Valley, CA 93065-5311 |
| 777023 | | Capital One Auto Finance, Credit, Bureau DISPUTE, Plano, TX 75023 |
| 777027 | + | DC Department of Motor Vehicles, PO Box 90120, Washington, DC 20090-0120 |
| 777029 | + | DiBenedetto Law Group PC, 1101 Pacific Avenue Suite 200, Santa Cruz, CA 95060-7507 |
| 777032 | + | Farley Law Firm, 500 North Willis Street, Visalia, CA 93291-4806 |
| 777034 | + | Kim Burnette, 1440 Primrose Road, NW, Washington, DC 20012-1224 |
| 777035 | + | Malik Burnett, 5119 Benton Heights Ave, Baltimore, MD 21206-5052 |
| 777036 | + | Robert Kurz, 1050 E Southampton Ave, Glenside, PA 19038-7902 |
| 777039 | | The Tribe Companies, LLC, 25 Oak Place, Kernville, CA 93238 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: angela.coleman@dc.gov | Oct 01 2024 22:03:00 | D.C. Office of Tax and Revenue, Bankruptcy Division, 1101 4th Street SW, Washington, DC 20024-4457 |
| smg | ^ | MEBN | Oct 01 2024 21:58:48 | District Unemployment Compensation Board, 4058 Minnesota Ave., NE, 4th Floor, Washington, DC 20019-3540 |
| smg | ^ | MEBN | Oct 01 2024 21:58:49 | Office of Attorney General, Tax, Bankruptcy, and Finance, One Judiciary Square, 441 4th Street, NW, 6th Floor, Washington, DC 20001-2714 |
| smg | | Email/Text: karen.brown@treasury.gov | Oct 01 2024 22:03:00 | Secretary of the Treasury, 15th and Pennsylvania Avenue, NW, Washington, DC 20220-0001 |
| smg | | Email/Text: atlreorg@sec.gov | Oct 01 2024 22:03:00 | Securities and Exchange Commission, Atlanta Regional Office, Office of Reorganization, 950 East Paces Ferry Road NE, Ste. 900, Atlanta, GA 30326-1382 |
| smg | + | Email/Text: USADC.BankruptcyNotices@usdoj.gov | Oct 01 2024 22:03:00 | U.S. Attorney's Office, Civil Division, 601 D Street, NW, Washington, DC 20530-0034 |
| cr | + | Email/Text: bankruptcyteam@quickenloans.com | Oct 01 2024 22:03:00 | Rocket Mortgage, LLC FKA Quicken Loans, LLC, 635 Woodward Avenue, 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 777019 | | Email/Text: creditcardbkcorrespondence@bofa.com | Oct 01 2024 22:03:00 | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 777020 | | Email/Text: creditcardbkcorrespondence@bofa.com | | |

District/off: 0090-1 | User: admin | Page 2 of 3
Date Rcvd: Oct 01, 2024 | Form ID: pdf001 | Total Noticed: 34

| Recip ID | | Notice Type/Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Oct 01 2024 22:03:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Cir, Tampa, FL 33634-2413 |
| 777024 | | Email/PDF: acg.coaf.ebn@aisinfo.com | Oct 01 2024 22:14:32 | Capital One Auto Finance, Attn: Bankruptcy, 7933 Preston Rd, Plano, TX 75024-2302 |
| 777195 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 01 2024 22:14:29 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 779572 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 01 2024 22:14:37 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 779582 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 01 2024 22:14:33 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 777026 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 01 2024 22:14:34 | Citibank/Best Buy, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, Saint Louis, MO 63179-0040 |
| 777025 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 01 2024 22:14:30 | Citibank/Best Buy, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 777028 | + | Email/Text: angela.coleman@dc.gov | Oct 01 2024 22:03:00 | DC Office of Tax and Revenue, 1101 4th St., SW #270, Washington, DC 20024-4457 |
| 777030 | | Email/Text: mrdiscen@discover.com | Oct 01 2024 22:03:00 | Discover Financial, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 777031 | | Email/Text: mrdiscen@discover.com | Oct 01 2024 22:03:00 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 777033 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 01 2024 22:03:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 777038 | + | Email/Text: bankruptcyteam@quickenloans.com | Oct 01 2024 22:03:00 | Rocket Mortgage, Attn: Bankruptcy, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 777037 | + | Email/Text: bankruptcyteam@quickenloans.com | Oct 01 2024 22:03:00 | Rocket Mortgage, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 777760 | + | Email/Text: bankruptcyteam@quickenloans.com | Oct 01 2024 22:03:00 | Rocket Mortgage, LLC fka Quicken Loans, LLC, 635 Woodward Avenue, Detroit, MI 48226-3408 |

TOTAL: 22

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| cr | *+ | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 03, 2024          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 1, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Mark Meyer | on behalf of Creditor Rocket Mortgage  LLC FKA Quicken Loans, LLC bankruptcy@rosenberg-assoc.com, bankruptcy@rosenberg-assoc.com |
| Maurice Belmont VerStandig | on behalf of Debtor Corey Barnette mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Michael T. Freeman | on behalf of U.S. Trustee U. S. Trustee for Region Four michael.t.freeman@usdoj.gov  robert.w.ours@usdoj.gov |
| Rebecca A. Herr | ecf@ch13md.com |
| U. S. Trustee for Region Four | USTPRegion04.DC.ECF@USDOJ.GOV |

TOTAL: 5