The order below is hereby signed.

Signed: October 9 2024

Elizabeth L. Gunn
U.S. Bankruptcy Judge



# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| **In re:** | **Case No. 24-00111-ELG** |
| **Corey Barnette** | **Chapter 11** |
| **Debtor.** | |

## SCHEDULING ORDER

On April 14, 2024, the above-captioned debtor (the "Debtor") filed a voluntary petition under chapter 12 of the United States Bankruptcy Code (the "Bankruptcy Code"). On July 12, 2024, the Debtor filed a chapter 12 plan (the "Plan") (ECF No. 26). On October 1, 2024, the Court entered an order converting this case to one under subchapter V of chapter 11 (ECF No. 52). This Scheduling Order facilitates the efficient administration of this chapter 11 case and ensures adequate and proper notice to all affected parties.

Accordingly, **IT IS ORDERED**:

1. **Subchapter V Case**. Unless otherwise ordered by the Court, this case is governed by the provisions of subchapter V of chapter 11 of the Bankruptcy Code and the Federal Rules of Bankruptcy Procedure.

2. **Debtor's Compliance with § 1187**. The Debtor must comply with the duties and reporting requirements set forth in § 1187 of the Bankruptcy Code

3. **Debtor's Compliance with § 1116**. The Debtor shall comply with § 1116 of the Bankruptcy Code.[1]

4. **Bar Date**. Unless the Court sets a different date by separate order, the deadline for parties in interest to file proofs of claim or interest in this case is governed by Federal Rule of Bankruptcy Procedure 3003.

---

[1] Although § 1181(a) of the Bankruptcy Code states that § 1116 is not applicable in a case under subchapter V of chapter 11, the various provisions of § 1116 are thereafter made applicable by § 1187(a) and § 1187(b).

5. **Service of Notice of Commencement of Case by the Debtor**. The Debtor must serve notice of the commencement of this case as required under Federal Rule of Bankruptcy Procedure 2015(a)(4) on any entity known to be holding money or property subject to withdrawal or order of the Debtor on or before 7 days of the date of this Order.

6. **Objections to Designation**. Any objection to the Debtor's designation as a small business debtor under subchapter V of chapter 11 of the Bankruptcy Code must be filed with the Court and served in accordance with Federal Rule of Bankruptcy Procedure 1020(c) no later than 30 days after the conclusion of the meeting of creditors held under § 341 of the Bankruptcy Code, or within 30 days after any amendment to the subchapter V designation, whichever is later.

7. **Debtor's Section 1188(c) Report**. The Debtor must file with the Court and serve on the subchapter V trustee and parties in interest the report required under § 1188(c) of the Bankruptcy Code no later than **October 24, 2024**. The Debtor's report shall include a description of the Debtor's efforts to formulate a chapter 11 plan of reorganization and the Debtor's efforts to communicate with creditors regarding any such plan.

8. **Status Conference**. The Debtor and the subchapter V trustee must appear before the Court at a status conference on **October 30, 2024, at 10:00 a.m.**, before the Honorable Elizabeth L. Gunn. The status conference will be conducted both in Courtroom 1 of the E. Barrett Prettyman U.S. Courthouse, 333 Constitution Avenue, N.W., Washington, D.C. 20001 and remotely by videoconference using Zoom for Government. The parties may request the Zoom for Government information from the Courtroom Deputy, Ms. Aimee Lee. This Order constitutes notice of the status conference.

9. **§ 1111(b) Deadline**. Any secured creditor that wishes to make an election under 11 U.S.C. § 1111(b)(2) shall do so no later than 10 days following entry of this Order.

10. **Additional Deadlines**. The Court will issue subsequent orders that fix the dates for the filing of objections to the plan of reorganization, acceptance or rejection of the plan of reorganization, the confirmation hearing, and any additional dates as may be established by the Court.

11. **Service of Order by the Debtor**. The Clerk shall provide a copy of this Order upon entry to the Debtor, who must serve it on the subchapter V trustee and parties in interest and file a certificate of service with the Court within 7 days of the date of this Order.

[Signed and dated above.]

Copies to: Debtor; Counsel for the Debtor; all recipients of e-notification of filings.