UNITED STATES BANKRUPTCY COURT
_____ DISTRICT OF __COLUMBIA__

In re:                                        §        Case No. 24-00111-ELG
   COREY BARNETTE          §
      Debtors                            §
                                               §

# CHAPTER 12 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

__Rebecca A Herr__, chapter 12 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1202(b)(1). The trustee declares as follows:

   1) The case was filed on __4/14/24__ [*if applicable*, and was converted to chapter 12 on _____].

   2) The plan was confirmed on __N/A__.

   3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1229 on __N/A__, _____.

   4) The trustee filed action to remedy default by the debtor in performance under the plan on __N/A__, _____.

   5) The case was [completed, discharged under 11 U.S.C. § 1228(b), transferred, **converted**, dismissed] on __10/1/24__.

   6) Number of months from filing or conversion to last payment: __N/A__.

   7) Number of months case was pending: __5__.

   8) Total value of assets abandoned by court order: __N/A__

   9) Total value of assets exempted: __N/A__.

   10) Amount of unsecured claims discharged without full payment __N/A__.

   11) All checks distributed by the trustee relating to this case have cleared the bank.

UST Form 101-12-FR-S (4/1/2009)

**Receipts:**
    Total paid by or on behalf of the debtor    $ 0.00
    Less amount refunded to debtor    $ _____
**NET RECEIPTS:**    $ 0.00

**Expenses of Administration:**

    Attorney's Fees Paid Through the Plan    $ 0.00
    Court Costs    $ 0.00
    Trustee Expenses & Compensation    $ 0.00
    Other    $ 0.00

**TOTAL EXPENSES OF ADMINISTRATION:**    $ 0.00

Attorney fees paid and disclosed by debtor:    $ 3000.00 retainer

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Capital One Auto Finance | | $23,363.60 | $23,709.19 | | 0.00 | 0.00 |
| DC Department of Motor Vehicles | | $6800.00 | | | 0.00 | 0.00 |
| Rocket Mortgage | | $695,142.00 | $697,971.54 | | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Disbursements:** | | | |
| Mortgage Ongoing | _____ | _____ | _____ |
| Mortgage Arrearage | _____ | _____ | _____ |
| Debt Secured by Vehicle | _____ | _____ | _____ |
| All Other Secured | _____ | _____ | _____ |
| **TOTAL SECURED:** | _____ | _____ | _____ |
| **Priority Unsecured Disbursements:** | | | |
| Domestic Support Arrearage | _____ | _____ | _____ |
| Domestic Support Ongoing | _____ | _____ | _____ |
| All Other Priority | _____ | _____ | _____ |
| **TOTAL PRIORITY:** | _____ | _____ | _____ |
| **GENERAL UNSECURED DISBURSEMENTS:** | 0.00 | 0.00 | 0.00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $_____ |
| Disbursements to Creditors | $_____ |
| **TOTAL DISBURSEMENTS:** | $ 0.00 |

UST Form 101-12-FR-S (4/1/2009)

*In cases which are converted to another chapter, use this paragraph:*
  12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed.  The trustee requests that the trustee be discharged and granted such other relief as may be just and proper.

*For all other cases:*
  12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed.  The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date: 10/30/2024    By: _____/s/ Rebecca Herr, Chapter 12 Trustee
              Trustee

**STATEMENT**:  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-12-FR-S (4/1/2009)