IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re:<br><br>**COREY BARNETTE,**<br><br>Debtor. | **Case No. 24-00111-ELG**<br><br>**Chapter 11** |

**NOTICE OF MOTION TO DISMISS CASE
AND HEARING AND DEADLINE TO OBJECT**

**NOTICE IS HEREBY GIVEN** that the Acting United States Trustee has filed a motion to dismiss case.

**YOUR RIGHTS MAY BE AFFECTED.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

**NOTICE OF DEADLINE TO OBJECT.** If you do not want the court to grant the Motion or if you would like the court to consider your views, then pursuant to Local Bankruptcy Rule 9013-1, on or before **January 22, 2025**, you must file and serve a written objection to the motion. The objection must be filed with the Clerk of the Bankruptcy Court, U.S. Courthouse, 3rd and Constitution Ave., N.W., Washington, D.C. 20001 and served (by delivery or mailing a copy) upon the undersigned. The objection must contain a complete specification of the factual and legal grounds upon which it is based. You may append affidavits and documents in support of your objection.

**NOTICE OF HEARING.** A hearing on the Motion has been scheduled before the Honorable Elizabeth L. Gunn, United States Bankruptcy Judge, for **January 29, 2025 at 10:00 a.m.** The hearing will be held in a hybrid in-person or Zoom for Government format. All participants may choose to appear either (a) in-person in Courtroom 1, United States Bankruptcy Court for the District of Columbia, E. Barrett Prettyman, 333 Constitution Ave. NW, Washington, DC 20001 or (b) by video using Zoom for Government. All parties participating by Zoom for Government before Judge Gunn should review and be familiar with the Virtual Hearing Expectations.

Parties in interest with questions may contact the undersigned. If you or your attorney do not file an objection by the deadline, the court may decide that you do not oppose the relief sought and may enter an order granting the relief requested.

Michael T. Freeman
Asst. United States Trustee
Office of the United States Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314
(703) 557-7274- Direct Dial
(202) 934-4174- Office Cell

1

| | |
|---|---|
| Date: December 12, 2024 | GERARD R. VETTER<br>Acting United States Trustee, Region 4<br><br>By: */s/ Michael T. Freeman*<br>Michael T. Freeman<br>Virginia State Bar No. 65460<br>Asst. United States Trustee<br>Office of the United States Trustee<br>1725 Duke Street, Suite 650<br>Alexandria, VA 22314<br>(703) 557-7274- Direct Dial<br>(202) 934-4174- Office Cell<br>Michael.T.Freeman@usdoj.gov |

2

# **CERTIFICATE OF SERVICE**

      I hereby certify that on December 12, 2024, I electronically filed the foregoing Notice of Motion and Notice of Hearing with the Clerk of the Court and served it via the Court's CM/ECF system upon all counsel who have entered an appearance in the case:

Monique Desiree Almy malmy@crowell.com, monique-almy-7127@ecf.pacerpro.com

Kristen S. Eustis Kristen.S.Eustis@usdoj.gov, Robert.W.Ours@usdoj.gov

Michael T. Freeman michael.t.freeman@usdoj.gov, robert.w.ours@usdoj.gov

Mark Meyer bankruptcy@rosenberg-assoc.com, bankruptcy@rosenberg-assoc.com

U. S. Trustee for Region Four USTPRegion04.DC.ECF@USDOJ.GOV

Maurice Belmont VerStandig mac@mbvesq.com, lisa@mbvesq.com; mac@dcbankruptcy.com; verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email


      I FURTHER CERTIFY that on December 12, 2024, a copy of the Notice was served by first class mail, postage prepaid, to:

Capital One Auto Finance, a division of Capital One, N.A.
c/o AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118


                                                      */s/ Robert W. Ours*
                                                    Robert W. Ours
                                                    Paralegal Specialist