# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **In re:**  **COREY BARNETTE,**  Debtor. | Case No. 24-00111-ELG  Chapter 11 |

## ORDER DISMISSING CASE

Upon consideration of the motion of the Acting United States Trustee for Region 4 to dismiss this case, and for good cause having been shown for the requested relief, it is by the United States Bankruptcy Court for the District of Columbia hereby:

ORDERED that the motion of the Acting United States Trustee is hereby **GRANTED** and this case is hereby **DISMISSED**.

It is further ORDERED that the clerk shall mail copies of this order to the parties listed below and give notice of this order to all parties listed on the mailing matrix.

Michael T. Freeman
Asst. United States Trustee
Office of the United States Trustee
1725 Duke St., Suite 650
Alexandria, VA 22314
(703) 557-7274- Direct Dial
(202) 934-4174 – Office Cell
michael.t.freeman@usdoj.gov

I ask for this:

GERARD R. VETTER
Acting United States Trustee, Region 4


By: */s/ Michael T. Freeman*
Michael T. Freeman
Virginia State Bar No. 65460
Asst. United States Trustee
Office of the United States Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314
(703) 557-7274- Direct Dial
(202) 934-4174- Office Cell
Michael.T.Freeman@usdoj.gov


Copies To:

Corey Barnette
1440 Primrose Road, NW
Washington, DC 20012

Monique Desiree Almy malmy@crowell.com, monique-almy-7127@ecf.pacerpro.com

Kristen S. Eustis Kristen.S.Eustis@usdoj.gov, Robert.W.Ours@usdoj.gov

Michael T. Freeman michael.t.freeman@usdoj.gov, robert.w.ours@usdoj.gov

Mark Meyer bankruptcy@rosenberg-assoc.com, bankruptcy@rosenberg-assoc.com

U. S. Trustee for Region Four USTPRegion04.DC.ECF@USDOJ.GOV

Maurice Belmont VerStandig mac@mbvesq.com, lisa@mbvesq.com; mac@dcbankruptcy.com; verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

All parties listed on mailing matrix.

**END OF ORDER**