

# Account Statement October 2024

NAME
Corey Barnette

ACCOUNT NUMBER
••••9881

STATEMENT PERIOD
October 1, 2024 - December 31, 2024

## Summary October 2024

|  | SUBTOTAL | ACCOUNT FEES | TOTAL |
|---|---|---|---|
| Starting Balance |  |  | $0.00 |
| Money In | +$5760.00 | +$0.00 | +$5760.00 |
| Money Out | −$5758.45 | −$0.00 | −$5758.45 |
| Ending Balance |  |  | $1.55 |

## Transactions October 2024

| DATE | DESCRIPTION |  |  | ACCOUNT FEE | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|
|  | Starting Balance |  |  |  |  | $0.00 |
| 10/01/2024 | Payment to +17039899693<br>319a1fe8c315 | Total Payment<br>From Debit Card (•••• 3632)<br>From Apple Cash | $2000.00<br>−$2000.00<br>$0.00 |  | −$0.00 | $0.00 |
| 10/04/2024 | Payment to +14787871568<br>5f027c0bc1a0 | Total Payment<br>From Debit Card (•••• 3632)<br>From Apple Cash | $85.00<br>−$85.00<br>$0.00 |  | −$0.00 | $0.00 |
| 10/07/2024 | Payment to +12026000735<br>9cf9d6b6dcaf | Total Payment<br>From Debit Card (•••• 7370)<br>From Apple Cash | $1100.00<br>−$1100.00<br>$0.00 |  | −$0.00 | $0.00 |
| 10/09/2024 | Payment to +12025501998<br>81565748d904 | Total Payment<br>From Debit Card (•••• 3632)<br>From Apple Cash | $60.00<br>−$60.00<br>$0.00 |  | −$0.00 | $0.00 |
| 10/13/2024 | Debit Card (•••• 7370)<br>Added to Balance<br>798c293d0644 |  |  |  | +$100.00 | $100.00 |
| 10/14/2024 | PETWORTH CIGARS LLC<br>WASHINGTON, DC |  |  |  | −$24.18 | $75.82 |
| 10/15/2024 | Debit Card (•••• 7370)<br>Added to Balance<br>252cde4761c8 |  |  |  | +$2300.00 | $2375.82 |
| 10/15/2024 | Payment to +17039899693<br>279df606f791 |  |  |  | −$2200.00 | $175.82 |

Copyright © 2025 Apple Inc. •   All Rights Reserved   •   Privacy Policy   •   Terms and Conditions

| Date | Description | Amount | Balance |
|---|---|---:|---:|
| 10/16/2024 | TST*HONEYMOON FRIED CHIC<br>202-846-0300, DC | −$19.54 | $156.28 |
| 10/16/2024 | TST*JETTIES - MACOMB<br>Washington, DC | −$19.75 | $136.53 |
| 10/16/2024 | DEVON & BLAKELY<br>WASHINGTON, DC | −$31.58 | $104.95 |
| 10/16/2024 | PETWORTH CIGARS LLC<br>WASHINGTON, DC | −$27.48 | $60.98 |
| 10/16/2024 | PETWORTH CIGARS LLC<br>WASHINGTON, DC | −$16.49 | $88.46 |
| 10/17/2024 | PARKMOBILE<br>770-818-9036, DC | −$9.35 | $51.63 |
| 10/17/2024 | Debit Card (•••• 7370)<br>Added to Balance<br>5f74b54ac320 | +$50.00 | $101.63 |
| 10/17/2024 | Debit Card (•••• 7370)<br>Added to Balance<br>e8af456b95a4 | +$40.00 | $141.63 |
| 10/17/2024 | Payment to +12025501998<br>24a0f7629325 | −$40.00 | $101.63 |
| 10/18/2024 | PETWORTH CIGARS LLC<br>WASHINGTON, DC | −$16.78 | $53.27 |
| 10/18/2024 | PETWORTH CIGARS LLC<br>WASHINGTON, DC | −$31.58 | $70.05 |
| 10/18/2024 | TRINITY GRILL & SOCIAL<br>WASHINGTON, DC | −$20.05 | $33.22 |
| 10/20/2024 | Debit Card (•••• 7370)<br>Added to Balance<br>6ee5bd87e577 | +$100.00 | $133.22 |
| 10/21/2024 | TRUIST BANK (•••• 7370)<br>Added to Balance<br>d6defd841f3a | +$900.00 | $1033.22 |
| 10/21/2024 | Payment to +12026000735<br>465016b1cef1 | −$850.00 | $183.22 |
| 10/21/2024 | DICKS SPORTING GOODS<br>Wheaton, MD | −$78.43 | $104.79 |
| 10/22/2024 | PETWORTH CIGARS LLC<br>WASHINGTON, DC | −$29.68 | $75.11 |
| 10/24/2024 | TRUIST BANK (•••• 7370)<br>Added to Balance<br>4f5bb1cd2783 | +$50.00 | $125.11 |
| 10/24/2024 | Payment to +14787871568<br>2a2fd84b0b7e | −$50.00 | $75.11 |
| 10/25/2024 | TRUIST BANK (•••• 7370)<br>Added to Balance<br>8b48bcc3ddf6 | +$150.00 | $225.11 |
| 10/25/2024 | TRUIST BANK (•••• 7370)<br>Added to Balance<br>5fd324cba783 | +$2000.00 | $2225.11 |

Copyright © 2025 Apple Inc. • All Rights Reserved • Privacy Policy • Terms and Conditions

| Date | Description | Amount | Balance |
|---|---|---|---|
| 10/25/2024 | CAPITOL CIGAR AND TOBACCO<br>BETHESDA, MD | −$23.76 | $2201.35 |
| 10/25/2024 | LOOKING GLASS LOUNGE<br>WASHINGTON, DC | −$40.64 | $2160.71 |
| 10/25/2024 | Payment to +17039899693<br>ab2fc862d022 | −$2000.00 | $160.71 |
| 10/26/2024 | HISPRETYLE<br>UK | −$147.57 | $13.14 |
| 10/29/2024 | TRUIST BANK (•••• 7370)<br>Added to Balance<br>32a318d113d8 | +$70.00 | $83.14 |
| 10/29/2024 | TST* MARY BAR GRILL<br>202-722-6966, DC | −$81.59 | $1.55 |
| | Ending Balance | | $1.55 |