

Account Statement **November 2024**

NAME
Corey Barnette

ACCOUNT NUMBER
••••9881

STATEMENT PERIOD
October 1, 2024 - December 31, 2024

## Summary November 2024

|  | SUBTOTAL | ACCOUNT FEES | TOTAL |
|---|---|---|---|
| Starting Balance |  |  | $1.55 |
| Money In | +$6600.00 | +$0.00 | +$6600.00 |
| Money Out | −$6579.45 | −$0.00 | −$6579.45 |
| Ending Balance |  |  | $22.10 |

## Transactions November 2024

| DATE | DESCRIPTION | ACCOUNT FEE | AMOUNT | BALANCE |
|---|---|---|---|---|
|  | Starting Balance |  |  | $1.55 |
| 11/02/2024 | TRUIST BANK (•••• 7370)<br>Added to Balance<br>c54852f3db7a |  | +$1500.00 | $1501.55 |
| 11/02/2024 | Payment to +17039899693<br>bfcfac8fa295 |  | −$1500.00 | $1.55 |
| 11/04/2024 | TRUIST BANK (•••• 7370)<br>Added to Balance<br>83bb335a5743 |  | +$1500.00 | $1501.55 |
| 11/04/2024 | Payment to +12026000735<br>a65cffc1bf35 |  | −$1100.00 | $401.55 |
| 11/04/2024 | TRUIST BANK (•••• 7370)<br>Added to Balance<br>64010b4d31d0 |  | +$300.00 | $701.55 |
| 11/04/2024 | Payment to +12022438338<br>54f4075762c8 |  | −$200.00 | $501.55 |
| 11/04/2024 | TRUIST BANK (•••• 7370)<br>Added to Balance<br>5716852f433a |  | +$200.00 | $701.55 |
| 11/04/2024 | Payment to +12022438338<br>8ea2df5192cb |  | −$200.00 | $501.55 |
| 11/10/2024 | Payment to +14787871568<br>8d80dddb878b |  | −$100.00 | $401.55 |

Copyright © 2025 Apple Inc. •   All Rights Reserved, Privacy Policy • Terms and Conditions

| Date | Description | Amount | Balance |
|---|---|---:|---:|
| 11/10/2024 | SQ *VAN LEEUWEN ICE CREAM<br>Washington, DC | −$18.63 | $382.92 |
| 11/11/2024 | TRUIST BANK (•••• 7370)<br>Added to Balance<br>da6b48c8276c | +$1500.00 | $1882.92 |
| 11/11/2024 | Payment to +17039899693<br>b3be755f92b5 | −$1500.00 | $382.92 |
| 11/11/2024 | PETWORTH CIGARS LLC<br>WASHINGTON, DC | −$59.39 | $323.53 |
| 11/18/2024 | TRUIST BANK (•••• 7370)<br>Added to Balance<br>91c14032f7fe | +$1600.00 | $1923.53 |
| 11/18/2024 | Payment to +12026000735<br>666519172d8f | −$1300.00 | $623.53 |
| 11/19/2024 | PETWORTH CIGARS LLC<br>WASHINGTON, DC | −$93.50 | $530.03 |
| 11/22/2024 | Payment to +14787871568<br>32723c3683c6 | −$100.00 | $430.03 |
| 11/24/2024 | TST* GYPSY KITCHEN DC<br>WASHINGTON, DC | −$83.38 | $346.65 |
| 11/24/2024 | HOTELTONIGHT*VICEROY W<br>800-208-2949, CA | −$131.00 | $215.65 |
| 11/25/2024 | VICEROY WASHINGTON DC<br>WASHINGTON, DC | −$40.58 | $175.07 |
| 11/25/2024 | TG CIGARS<br>WASHINGTON, DC | −$95.80 | $79.27 |
| 11/26/2024 | PETWORTH CIGARS LLC<br>WASHINGTON, DC | −$39.57 | $39.70 |
| 11/29/2024 | TG CIGARS<br>WASHINGTON, DC | −$17.60 | $22.10 |
| | Ending Balance | | $22.10 |