**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| In re | Case No. 24-00111-ELG |
| COREY BARNETTE, | Chapter 11 |
| Debtor. | |

**THIRD STIPULATION EXTENDING DEADLINE FOR BARUCK BROS INVESTMENTS, LLC TO FILE NONDISCHARGEABILITY COMPLAINT AGAINST DEBTOR PURSUANT TO 11 U.S.C. § 523**

Corey Barnette (the "Debtor") and creditor Baruck Brother Investments, LLC ("BBI") (collectively, the "Parties") by and through their undersigned counsel, hereby stipulate and agree as follows:

RECITALS

A.   On April 14, 2024, the Debtor filed a voluntary petition for relief under chapter 12 of the United States Bankruptcy Code, commencing the above-captioned case.

B.   The last day for creditors to commence adversary proceedings objecting to the dischargeability of their claims was July 23, 2024.

C.   BBI holds a judgment against the Debtor in the principal amount of $1,050,000. BBI asserts that its claim against the Debtor is not dischargeable in bankruptcy under 11 U.S.C. § 523(a)(2) and other provisions.

D.   The Debtor and BBI wish to engage in settlement discussions to see if they can resolve their differences consensually and without having to spend money on litigation.

E.   On July 22, 2024, the Parties filed a stipulation to extend the deadline for BBI to file a nondischargeability complaint 30 days, until after the hearing on the Motion to Dismiss the Chapter 12 Case. [Dkt. No. 28.]

1

F. The Motion to Dismiss the Chapter 12 Case was heard on September 5, 2024. The Court found that "the Debtor is not an individual involved in a farming operation and therefore does not qualify for chapter 12 relief and cause exists to dismiss this case if it is not timely converted." [Dkt. No. 42.]

G. On September 12, 2024, the Parties filed a second stipulation to extend the deadline for BBI to file a nondischargeability complaint through and including October 16, 2024. [Dkt. No. 46.]

H. On September 15, 2024, the Debtor filed a Motion to Convert to Chapter 11 [Dkt. No. 48] and on October 1, 2024, the Court entered an order granting the motion and converting the bankruptcy case to Chapter 11 Subchapter V. [Dkt. No. 52.]

I. On December 12, 2024, the Office of the United States Trustee filed a Motion to Dismiss Case. [Dkt. No. 66]. If the Motion to Dismiss is granted, the nondischargeability issue will be moot.

J. The hearing on the Motion to Dismiss is set for January 29, 2025.

K. Accordingly, the Parties have agreed to extend the deadline for BBI to file a nondischargeability complaint to whatever date may fall 21 days after entry of an order on the Motion to Dismiss. This stipulation memorializes that agreement.

Based on the foregoing recitals, the Parties stipulate and agree as follows:

## STIPULATION

1. The deadline set forth in Federal Rule of Bankruptcy Procedure 4007(c) for BBI to file a complaint objecting to the dischargeability of its claim against the Debtor under § 523 of the Bankruptcy Code is extended through and including the 21st day following entry of an order on the Motion to Dismiss.

2. The Parties may enter into additional stipulations further extending the deadline to file nondischargeability actions.

| | |
|---|---|
| Dated:  January 23, 2025 | /s/ Maurice B. VerStandig |
| | Maurice B. VerStandig, Esq. |
| | Bar No. MD18071 |
| | The Belmont Firm |
| | 1050 Connecticut Avenue, NW, Suite 500 |
| | Washington, DC 20036 |
| | Phone: (202) 991-1101 |
| | Email: mac@dcbankruptcy.com |
| | *Counsel for the Debtor* |

-and-

LESNICK PRINCE PAPPAS & ALVERSON LLP

By: Matthew A. Lesnick (signed w/ express permission)
Matthew A. Lesnick (CA SBN 177594)
(not yet admitted pro hac vice)
Lesnick Prince & Pappas LLP
315 W. Ninth St., Suite 705
Los Angeles, CA 90015
Telephone:   (213) 493-6496
Facsimile:    (213) 493-6596
Email: matt@lesnickprince.com
*Counsel for Creditor Baruck Bros Investments, LLC*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 23, 2025, notice of filing the foregoing **THIRD STIPULATION TO EXTEND DEADLINE FOR BARUCK BROTHER INVESTMENTS, LLC TO FILE AN ADVERSARY COMPLAINT PURSUANT TO 11 U.S.C. § 523** was served via the CM/ECF system on all parties receiving such notice.

                                                    /s/Maurice B. VerStandig
                                                    Maurice B. VerStandig