

## Account Statement December 2024

**NAME**
Corey Barnette

**ACCOUNT NUMBER**
••••9881

**STATEMENT PERIOD**
October 1, 2024 - December 31, 2024

## Summary December 2024

|  | SUBTOTAL | ACCOUNT FEES | TOTAL |
|---|---|---|---|
| Starting Balance |  |  | $22.10 |
| Money In | +$13066.80 | +$0.00 | +$13066.80 |
| Money Out | −$13062.92 | −$0.00 | −$13062.92 |
| Ending Balance |  |  | $25.98 |

## Transactions December 2024

| DATE | DESCRIPTION | ACCOUNT FEE | AMOUNT | BALANCE |
|---|---|---|---|---|
|  | Starting Balance |  |  | $22.10 |
| 12/03/2024 | NAVY FEDERAL CREDIT UNION (••••6546)<br>Added to Balance<br>d148d7d44c9e |  | +$70.00 | $92.10 |
| 12/03/2024 | NAVY FEDERAL CREDIT UNION (••••6546)<br>Added to Balance<br>68c26211b638 |  | +$50.00 | $142.10 |
| 12/03/2024 | NAVY FEDERAL CREDIT UNION (••••6546)<br>Added to Balance<br>0c56aa213741 |  | +$1400.00 | $1542.10 |
| 12/03/2024 | Payment to +12026000735<br>45a6a98f63d6 |  | −$1155.00 | $387.10 |
| 12/04/2024 | INTUIT *QBOOKS ONLINE<br>CL.INTUIT.COM, CA |  | −$68.90 | $252.48 |
| 12/04/2024 | INTUIT *QBOOKS PAYROLL<br>CL.INTUIT.COM, CA |  | −$65.72 | $321.38 |
| 12/04/2024 | NEW BALANCE *4030<br>Washington, DC |  | −$158.99 | $93.49 |
| 12/04/2024 | DEVON & BLAKELY<br>WASHINGTON, DC |  | −$20.85 | $72.64 |

Copyright © 2025 Apple Inc. •   All Rights Reserved   •   Privacy Policy   •   Terms and Conditions

| Date | Description | Amount | Balance |
|---|---|---:|---:|
| 12/05/2024 | INTUIT *QBOOKS ONLINE<br>800-446-8848, CA | +$31.80 | $104.44 |
| 12/06/2024 | TRUIST BANK (•••• 7370)<br>Added to Balance<br>b518e0156e1d | +$2300.00 | $2404.44 |
| 12/06/2024 | Payment to +17039899693<br>2d1ae8c4493d | −$2300.00 | $104.44 |
| 12/06/2024 | TRUIST BANK (•••• 7370)<br>Added to Balance<br>8c9d25f059a3 | +$1400.00 | $1504.44 |
| 12/06/2024 | Payment to +17039899693<br>d540d058999e | −$1400.00 | $104.44 |
| 12/10/2024 | TRUIST BANK (•••• 7370)<br>Added to Balance<br>5ce3d130059c | +$90.00 | $194.44 |
| 12/11/2024 | Payment to +12024123456<br>24b2ee9dbdfc | −$100.00 | $94.44 |
| 12/12/2024 | TST* CHAPLIN'S DC<br>WASHINGTON, DC | −$91.95 | $2.49 |
| 12/16/2024 | TRUIST BANK (•••• 7370)<br>Added to Balance<br>8852a36d3e1e | +$1350.00 | $1352.49 |
| 12/16/2024 | Payment to +12026000735<br>9b182e9989c7 | −$1315.00 | $37.49 |
| 12/18/2024 | DUNIFAB INC<br>WASHINGTON, DC | −$30.81 | $6.68 |
| 12/19/2024 | TRUIST BANK (•••• 7370)<br>Added to Balance<br>23a3e86107f7 | +$2000.00 | $2006.68 |
| 12/19/2024 | Payment to +17039899693<br>8935b27156dd | −$2000.00 | $3.98 |
| 12/19/2024 | PARKMOBILE-MONTGOMERY<br>770-818-9036, GA | −$2.70 | $2003.98 |
| 12/30/2024 | TRUIST BANK (•••• 7370)<br>Added to Balance<br>87048bcac7c4 | +$1375.00 | $1378.98 |
| 12/30/2024 | Payment to +12026000735<br>7799a397719a | −$1353.00 | $25.98 |
| 12/31/2024 | TRUIST BANK (•••• 7370)<br>Added to Balance<br>dffcc890c183 | +$3000.00 | $3025.98 |
| 12/31/2024 | Payment to +17039899693<br>75a57292fb60 | −$3000.00 | $25.98 |
| | Ending Balance | | $25.98 |