**Fill in this information to identify the case:**

Debtor Name __Corey Barnette_____

United States Bankruptcy Court for the: District of Columbia

Case number: __24-1111_____

☐ Check if this is an amended filing

Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11    12/17

Month: __May_____    Date report filed: _____
MM / DD / YYYY

Line of business: __Crop Cultivation_____    NAISC code: _____

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party:
Original signature of responsible party    _Corey Barnette_ (DocuSigned by: Corey Barnette, EC661319575C4B8...)

Printed name of responsible party    __Corey Barnette_____

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

|  | | Yes | No | N/A |
|---|---|:---:|:---:|:---:|
| | **If you answer No to any of the questions in lines 1-9, attach an explanation and label it Exhibit A.** | | | |
| 1. | Did the business operate during the entire reporting period? | ☐ | ☐ | ☑ |
| 2. | Do you plan to continue to operate the business next month? | ☐ | ☐ | ☑ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☐ | ☐ | ☑ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☐ | ☐ | ☑ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☐ | ☐ | ☑ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| | **If you answer Yes to any of the questions in lines 10-18, attach an explanation and label it Exhibit B.** | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name **Corey Barnette**                                     Case number **24-1111**

17. Have you paid any bills you owed before you filed bankruptcy?           ☐  ☑  ☐
18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?  ☐  ☑  ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

    $ _____313.07_____

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.      $ _____4970_____

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.      − $ _____4944.78_____

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.

    + $ _____25.22_____

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    = $ _____338.29_____

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**                                                        $ _____0_____

    *(Exhibit E)*

Debtor Name Corey Barnette                               Case number 24-1111

### 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                              $ _____ 0

    *(Exhibit F)*

### 5. Employees

26. What was the number of employees when the case was filed?          _____ 0
27. What is the number of employees as of the date of this monthly report? _____ 0

### 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?   $ _____ 0
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed? $ _____ 3000
30. How much have you paid this month in other professional fees?       $ _____ 0
31. How much have you paid in total other professional fees since filing the case? $ _____ 0

### 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A<br>**Projected**<br>Copy lines 35-37 from the previous month's report. | − | Column B<br>**Actual**<br>Copy lines 20-22 of this report. | = | Column C<br>**Difference**<br>Subtract Column B from Column A. |
|---|---|---|---|---|---|
| 32. **Cash receipts** | $ 4800 | − | $ 4970 | = | $ -170 |
| 33. **Cash disbursements** | $ 5100 | − | $ 4944.78 | = | $ 155.22 |
| 34. **Net cash flow** | $ -300 | − | $ 25.22 | = | $ -274.78 |

35. Total projected cash receipts for the next month:                   $ _____ 7200
36. Total projected cash disbursements for the next month:            − $ _____ 7000
37. Total projected net cash flow for the next month:                 = $ _____ 200

Debtor Name **Corey Barnette**                              Case number **24-1111**

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐ 39. Bank reconciliation reports for each account.

☐ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐ 41. Budget, projection, or forecast reports.

☐ 42. Project, job costing, or work-in-progress reports.

Print        Save As...                                                                                     Reset



Account Statement **May 2025**

NAME
Corey Barnette

ACCOUNT NUMBER
••••9881

APPLE ID
c.barnette.orion@gmail.com

STATEMENT PERIOD
June 1, 2024 - June 28, 2025

## Summary May 2025

|  | SUBTOTAL | ACCOUNT FEES | TOTAL |
|---|---|---|---|
| Starting Balance |  |  | $313.07 |
| Money In | +$8127.00 | +$0.00 | +$8127.00 |
| Money Out | −$8384.78 | −$0.00 | −$8384.78 |
| Ending Balance |  |  | $55.29 |

## Transactions May 2025

| DATE | DESCRIPTION | ACCOUNT FEE | AMOUNT | BALANCE |
|---|---|---|---|---|
|  | Starting Balance |  |  | $313.07 |
| 05/04/2025 | Payment to +17039899693<br>8a8f3edd8268 |  | −$210.00 | $103.07 |
| 05/04/2025 | TRUIST BANK (•••• 7370)<br>Added to Balance<br>b9a829ecf4aa |  | +$200.00 | $303.07 |
| 05/05/2025 | TRUIST BANK (•••• 7370)<br>Added to Balance<br>63bf31caf00c |  | +$1415.00 | $1718.07 |
| 05/05/2025 | TRUIST BANK (•••• 7370)<br>Added to Balance<br>ff0e485db566 |  | +$600.00 | $2318.07 |
| 05/05/2025 | Payment to +12026000735<br>488ee92c1e3b |  | −$1415.00 | $903.07 |
| 05/05/2025 | TST*CADDIES BAR AND GRIL<br>Bethesda, MD |  | −$56.37 | $846.70 |
| 05/05/2025 | CAPITOL CIGAR AND TOBACCO<br>BETHESDA, MD |  | −$51.81 | $794.89 |
| 05/05/2025 | HEAT DA SPOT<br>WASHINGTON, DC |  | −$27.91 | $766.98 |
| 05/05/2025 | PETWORTH CIGARS LLC<br>WASHINGTON, DC |  | −$16.49 | $750.49 |

| Date | Description | Amount | Balance |
|---|---|---:|---:|
| 05/06/2025 | TST*LOVE, MAKOTO FIN<br>Washington, DC | −$89.76 | $660.73 |
| 05/06/2025 | DEVON & BLAKELY<br>WASHINGTON, DC | −$27.18 | $633.55 |
| 05/10/2025 | Payment to +12025501998<br>8cacaae855a7 | −$30.00 | $603.55 |
| 05/10/2025 | NAVY FEDERAL CREDIT UNION (•••• 6546)<br>Added to Balance<br>fd5ef65eb5c7 | +$32.00 | $635.55 |
| 05/10/2025 | Payment to +12025501998<br>1324bb1e9517 | −$32.00 | $603.55 |
| 05/11/2025 | Payment to +12026000735<br>74496ca7e8d1 | −$85.00 | $518.55 |
| 05/12/2025 | Payment to +12024608335<br>d506fea47c55 | −$250.00 | $268.55 |
| 05/12/2025 | PETWORTH CIGARS LLC<br>WASHINGTON, DC | −$43.96 | $224.59 |
| 05/14/2025 | APEXTRADERFUNDING<br>855-2739873, TX | −$50.00 | $174.59 |
| 05/14/2025 | PETWORTH CIGARS LLC<br>WASHINGTON, DC | −$27.92 | $146.67 |
| 05/15/2025 | PETWORTH CIGARS LLC<br>WASHINGTON, DC | −$43.45 | $103.22 |
| 05/16/2025 | TST*SOUTH BLOCK - LOGAN<br>Washington, DC | −$28.58 | $74.64 |
| 05/16/2025 | TRUIST BANK (•••• 7370)<br>Added to Balance<br>a513689c0efb | +$600.00 | $674.64 |
| 05/16/2025 | Payment to +17039899693<br>798a4846ca73 | −$400.00 | $274.64 |
| 05/16/2025 | PETWORTH CIGARS LLC<br>WASHINGTON, DC | −$36.28 | $238.36 |
| 05/17/2025 | PETWORTH CIGARS LLC<br>WASHINGTON, DC | −$15.95 | $203.72 |
| 05/17/2025 | PETWORTH CIGARS LLC<br>WASHINGTON, DC | −$18.69 | $219.67 |
| 05/18/2025 | TRUIST BANK (•••• 7370)<br>Added to Balance<br>899a52330bf6 | +$50.00 | $253.72 |
| 05/18/2025 | TRUIST BANK (•••• 7370)<br>Added to Balance<br>61e6ae6fc24a | +$100.00 | $353.72 |
| 05/18/2025 | Payment to +17039899693<br>e9ec9cbd4efd | −$100.00 | $253.72 |
| 05/19/2025 | TRUIST BANK (•••• 7370)<br>Added to Balance<br>dbd147b2e7db | +$1700.00 | $1953.72 |
| 05/19/2025 | Payment to +12026000735<br>78a111298c46 | −$1690.00 | $263.72 |

Copyright © 2025 Apple Inc. • All Rights Reserved • Privacy Policy • Terms and Conditions

| Date | Description | Amount | Balance |
|---|---|---:|---:|
| 05/20/2025 | TST*HIPCITYVEG - 712 7TH<br>202-318-6010, DC | −$33.37 | $230.35 |
| 05/20/2025 | SQ *CORTEZ HANDMADE CIGAR<br>Silver Spring, MD | −$9.54 | $220.81 |
| 05/20/2025 | PETWORTH CIGARS LLC<br>WASHINGTON, DC | −$12.65 | $208.16 |
| 05/21/2025 | TRUIST BANK (•••• 7370)<br>Added to Balance<br>91f9ba9253a9 | +$3000.00 | $3208.16 |
| 05/21/2025 | Payment to +17039899693<br>c6dddeebeba8 | −$3000.00 | $208.16 |
| 05/21/2025 | SQ *CORTEZ HANDMADE CIGAR<br>Silver Spring, MD | −$16.96 | $191.20 |
| 05/21/2025 | TRUIST BANK (•••• 7370)<br>Added to Balance<br>16612788e831 | +$100.00 | $291.20 |
| 05/21/2025 | APEXTRADERFUNDING<br>855-2739873, TX | −$50.00 | $191.20 |
| 05/21/2025 | APEXTRADERFUNDING<br>855-2739873, TX | −$50.00 | $241.20 |
| 05/21/2025 | PETWORTH CIGARS LLC<br>WASHINGTON, DC | −$11.88 | $179.32 |
| 05/22/2025 | PIZZA HUT 036877<br>https://ipcha, DC | −$22.32 | $157.00 |
| 05/22/2025 | SQ *CORTEZ HANDMADE CIGAR<br>Silver Spring, MD | −$29.15 | $127.85 |
| 05/23/2025 | TST*CHIDOS TEX MEX GRILL<br>Silver Spring, MD | −$22.03 | $105.82 |
| 05/23/2025 | APEXTRADERFUNDING<br>855-2739873, TX | −$50.00 | $5.82 |
| 05/23/2025 | APEXTRADERFUNDING<br>855-2739873, TX | −$50.00 | $55.82 |
| 05/24/2025 | Payment to +12404416779<br>477ebf041c18 | −$5.00 | $0.82 |
| 05/24/2025 | TRUIST BANK (•••• 7370)<br>Added to Balance<br>cfe8121a1cfe | +$60.00 | $60.82 |
| 05/26/2025 | BAR PILAR<br>WASHINGTON, DC | −$34.32 | $26.50 |
| 05/27/2025 | TST*THE DINER - WASHINGT<br>Washington, DC | −$26.41 | $0.09 |
| 05/28/2025 | TRUIST BANK (•••• 7370)<br>Added to Balance<br>b439ddc9ffa1 | +$75.00 | $75.09 |
| 05/29/2025 | TRUIST BANK (•••• 7370)<br>Added to Balance<br>baeb22b40991 | +$100.00 | $175.09 |
| 05/29/2025 | PETWORTH CIGARS LLC<br>WASHINGTON, DC | −$17.75 | $157.34 |

| Date | Description | Amount | Balance |
|---|---|---|---|
| 05/30/2025 | APEXTRADERFUNDING<br>855-2739873, TX | −$40.00 | $117.34 |
| 05/30/2025 | TRUIST BANK (•••• 7370)<br>Added to Balance<br>b1bf771a020b | +$50.00 | $167.34 |
| 05/30/2025 | TRUIST BANK (•••• 7370)<br>Added to Balance<br>5fba7581e916 | +$25.00 | $192.34 |
| 05/30/2025 | TRUIST BANK (•••• 7370)<br>Added to Balance<br>ad8752f720d7 | +$20.00 | $212.34 |
| 05/30/2025 | TST*HONEYMOON FRIED CHIC<br>Washington, DC | −$4.53 | $184.02 |
| 05/30/2025 | TST*HONEYMOON FRIED CHIC<br>Washington, DC | −$23.79 | $188.55 |
| 05/31/2025 | TST*BUDDYS DC<br>Washington, DC | −$32.60 | $151.42 |
| 05/31/2025 | NIKE US STORES<br>Silver Spring, MD | −$60.40 | $91.02 |
| 05/31/2025 | PETWORTH CIGARS LLC<br>WASHINGTON, DC | −$35.73 | $55.29 |
| | Ending Balance | | $55.29 |

Docusign Envelope ID: B2CEBDF4-8969-4658-B057-2FE6BB013A79



## Account Statement Summary 2025

**NAME**
Corey Barnette

**ACCOUNT NUMBER**
••••9881

**APPLE ID**
c.barnette.orion@gmail.com

**STATEMENT PERIOD**
June 1, 2024 - June 28, 2025

---

The features of Apple Cash are services provided by Green Dot Bank, Member FDIC ("Green Dot") or Apple Payments Inc. ("Apple Payments"), as described in the terms and conditions for Apple Cash. Apple Payments Services LLC, a subsidiary of Apple Inc., is a service provider of Green Dot Bank for Apple Cash accounts. Apple Inc., Apple Payments Inc., and Apple Payments Services LLC are not banks.

This account statement includes transactions involving your Apple Cash account, including purchases with your Apple Cash card and person to person payments that are funded with a supported payment card you have added to Wallet, as well as disbursements you receive and direct payments that you make.

**In Case of Errors or Questions About Your Registered Payment Account**

Provided Green Dot has successfully verified your identity and your payment account has been registered to you, call (877) 233-8552 or write Green Dot at Apple Cash Customer Service, P.O. Box 9, West Chester, OH 45071 as soon as you can if you think an error has occurred in connection with your payment account. Green Dot must allow you to report an error until 60 days after the earlier of: (i) the date you electronically accessed your registered payment account information on your device, provided the error could be viewed there; or (ii) the date we sent the first electronic transaction history to you for your registered payment account on which the error appeared. When notifying Green Dot, you will need to tell Green Dot: (i) your name; (ii) why you believe there is an error and the dollar amount involved; and (iii) approximately when the error took place. Green Dot will determine whether an error occurred and will correct any error promptly. If Green Dot takes more than 10 business days to do this, Green Dot will provide a provisional credit to your payment account for the amount you think is in error, so that you will have the use of such amount during the time it takes Green Dot to complete our investigation.

**Direct Payments Service**

The Direct Payments Service allows you to use funds in your payment account to make payments to certain eligible business that you authorize. The Direct Payments Service is provided by Apple Payments, a licensed money transmitter located at 6900 W. Parmer Lane, Office No. AC1-2225, Austin, Texas, 78729. Direct Payments are identified in this statement as payments to the relevant business. There are no fees for using the Direct Payments Service. Direct Payments are not refundable, except as may be required by law. For customer support for a Direct Payment, please call (877) 255-5923. For more information on Apple Payments or for inquiries, complaints, or support, please visit www.applepayments.apple.com.

For Illinois Customers: Apple Payments is a licensed money transmitter and regulated by the Illinois Division of Financial Institutions. For customer support for a Direct Payment, please call (877) 255-5923.

For Minnesota Customers: You should be aware that fraud may and does occur. Please call (877) 255-5923 to report fraud or suspected fraud in connection with any Direct Payment transaction.

For New York Customers: Apple Payments is licensed and regulated as a money transmitter by the New York State Department of Financial Services and is responsible for funds received for authorized transactions until they are delivered to the designated recipient. New York customers can direct unresolved complaints to: Consumer Assistance Unit, NYS Department of Financial Services, One Commerce Plaza, Albany, NY 12257, 1-877-BANK-NYS (1-877-226-5697), https://www.dfs.ny.gov/complaint.

For Texas Customers: After first calling (877) 255-5923 for support with a Direct Payment, if you still have an unresolved complaint regarding Apple Payments' money transmission activity, please direct your complaint to: Texas Department of Banking, 2601 North Lamar Boulevard, Austin, Texas 78705, 1-877-276-5554 (toll free), www.dob.texas.gov.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | Case No. 24-111-ELG |
| | ) | (Chapter 12) |
| COREY BARNETTE | ) | |
| | ) | |
| Debtor. | ) | |

## EXHIBIT C

| Date | Description | Amount |
|---|---|---|
| 05/04/2025 | TRUIST BANK (XXXX7370) | $200.00 |
| 05/05/2025 | TRUIST BANK (XXXX7370) | $600.00 |
| 05/16/2025 | TRUIST BANK (XXXX7370) | $600.00 |
| 05/18/2025 | TRUIST BANK (XXXX7370) | $100.00 |
| 05/21/2025 | TRUIST BANK (XXXX7370) | $3100.00 |
| 05/21/2025 | TRUIST BANK (XXXX7370) | $100.00 |
| 05/28/2028 | TRUIST BANK (XXXX7370) | $75.00 |
| 05/29/2025 | TRUIST BANK (XXXX7370) | $100.00 |
| 05/30/2025 | TRUIST BANK (XXXX7370) | $50.00 |
| 05/30/2025 | TRUIST BANK (XXXX7370) | $25.00 |
| 05/30/2025 | TRUIST BANK (XXXX7370) | $20.00 |
| | TOTAL | $4,970.00 |

# **EXHIBIT D**

| Date | Description | Amount |
|---|---|---|
| 05/04/2025 | Payment to +17039899693 | $210.00 |
| 05/05/2025 | TST* Caddies Bar and Grill | $56.37 |
| 05/05/2025 | Capitol Cigar and Tabacco | $51.81 |
| 05/05/2025 | Heat DA Spot | $27.91 |
| 05/05/2025 | Petworth Cigars LLC | $16.49 |
| 05/06/2025 | TST* Love Makoto | $89.76 |
| 05/06/2025 | Devon & Blakely | $27.18 |
| 05/10/2025 | Payment to +12025501998 | $30.00 |
| 05/10/2025 | Payment to +12025501998 | $32.00 |
| 05/12/2025 | Petworth Cigars LLC | $43.96 |
| 05/14/2025 | Apextraderfunding | $50.00 |
| 05/14/2025 | Petworth Cigars LLC | $27.92 |
| 05/15/2025 | Petworth Cigars LLC | $43.45 |
| 05/16/2025 | TST* South Block – Logan | $28.58 |
| 05/16/2025 | Payment to +17039899693 | $400.00 |
| 05/16/2025 | Petworth Cigars LLC | $36.28 |
| 05/17/2025 | Petworth Cigars LLC | $15.95 |
| 05/17/2025 | Petworth Cigars LLC | $18.69 |
| 05/18/2025 | Payment to +12026000735 | $100.00 |
| 05/20/2025 | TST* HIPCITYVEG-712 7th | $33.37 |
| 05/20/2025 | SQ * Cortex Handmade Cigar | $9.54 |
| 05/20/2025 | Petworth Cigars LLC | $12.65 |
| 05/21/2025 | Payment to +17039899693 | $3,000.00 |
| 05/21/2025 | SQ* Cortez Handmade Cigar | $16.96 |
| 05/21/2025 | Apextraderfunding | $50.00 |
| 05/21/2025 | Apextraderfunding | $50.00 |
| 05/21/2025 | Petworth Cigars LLC | $11.88 |
| 05/22/2025 | Pizza Hut | $22.32 |
| 05/22/2025 | SQ* Cortex Handmade Cigar | $29.15 |
| 05/23/2025 | TST* Chidos Tex Mex Grill | $22.03 |
| 05/23/2025 | Apextraderfunding | $50.00 |
| 05/23/2024 | Apextraderfunding | $50.00 |
| 05/24/2025 | Payment to +12404416779 | $5.00 |
| 05/27/2025 | Bar Pillar | $34.32 |
| 05/27/2025 | Tst* The Dinner – Washingt | $26.41 |
| 05/29/2025 | Petworth Cigars LLC | $17.75 |
| 05/30/2025 | Apextraderfunding | $40.00 |
| 05/30/2025 | Tst*Honeymoon Fried Chic | $4.53 |
| 05/30/2025 | Tst* Honeymoon Fried Chic | $23.79 |
| 05/31/2025 | Tst* Buddy DC | $32.60 |
| 05/31/2025 | Nike US Stories | $60.40 |
| 05/31/2025 | Petworth Cigars LLC | $35.73 |
| | TOTAL | $4944.78 |