**Fill in this information to identify the case:**

Debtor Name: Corey Barnette

United States Bankruptcy Court for the: District of Columbia

Case number: 24-111

☐ Check if this is an amended filing

## Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11    12/17

Month: July

Date report filed: 08/22/2025    MM / DD / YYYY

Line of business: Crop Cultivation

NAISC code: _____

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party: /s/ Corey Barnette (DocuSigned by: EC661319575C4B8...)

Original signature of responsible party

Printed name of responsible party: Corey Barnette

### 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

**If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.**

| # | Question | Yes | No | N/A |
|---|----------|-----|-----|-----|
| 1. | Did the business operate during the entire reporting period? | ☐ | ☐ | ☒ |
| 2. | Do you plan to continue to operate the business next month? | ☐ | ☐ | ☒ |
| 3. | Have you paid all of your bills on time? | ☒ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☐ | ☐ | ☒ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☐ | ☐ | ☒ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☒ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☐ | ☐ | ☒ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☒ |
| 9. | Have you timely paid all of your insurance premiums? | ☒ | ☐ | ☐ |

**If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.**

| # | Question | Yes | No | N/A |
|---|----------|-----|-----|-----|
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☒ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☒ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☒ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☒ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☒ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☒ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☒ | ☐ |

Official Form 425C    Monthly Operating Report for Small Business Under Chapter 11    page **1**

Debtor Name  Corey Barnette                                      Case number 24-111

17. Have you paid any bills you owed before you filed bankruptcy?   ☐ ☑ ☐
18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?   ☐ ☑ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

    $ _____ 5.61

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.    $ _____ 5076

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.    − $ _____ 4954.02

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.

    + $ _____ 121.98

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    = $ _____ 127.59

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**    $ _____ 0

    *(Exhibit E)*

Debtor Name Corey Barnette                                    Case number 24-111

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**    $ _____ 0

    *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?    _____ 0
27. What is the number of employees as of the date of this monthly report?    _____ 0

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?    $ _____ 0
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?    $ _____ 3000
30. How much have you paid this month in other professional fees?    $ _____ 0
31. How much have you paid in total other professional fees since filing the case?    $ _____ 0

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | *Column A* **Projected** | − | *Column B* **Actual** | = | *Column C* **Difference** |
|---|---|---|---|---|---|
|  | Copy lines 35-37 from the previous month's report. |  | Copy lines 20-22 of this report. |  | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ 7300 | − | $ 5076 | = | $ 2224 |
| 33. **Cash disbursements** | $ 7000 | − | $ 4954.02 | = | $ 2045.98 |
| 34. **Net cash flow** | $ 300 | − | $ 127.59 | = | $ 172.41 |

35. Total projected cash receipts for the next month:    $ _____ 7300
36. Total projected cash disbursements for the next month:    − $ _____ 7000
37. Total projected net cash flow for the next month:    = $ _____ 300

Official Form 425C        **Monthly Operating Report for Small Business Under Chapter 11**        page **3**

Debtor Name **Corey Barnette**                         Case number **24-111**

# 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑ 38.  Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐ 39.  Bank reconciliation reports for each account.

☐ 40.  Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐ 41.  Budget, projection, or forecast reports.

☐ 42.  Project, job costing, or work-in-progress reports.

Print    Save As...    Reset

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| In re: | ) | Case No. 24-111-ELG |
|---|---|---|
|  | ) | (Chapter 12) |
| COREY BARNETTE | ) |  |
|  | ) |  |
| Debtor. | ) |  |

## EXHIBIT C

| Date | Description | Amount |
|---|---|---|
| 07/04/2025 | *TRUIST BANK (•••• 0143)* | $60.00 |
| 07/15/2025 | *TRUIST BANK (•••• 0143)* | $150.00 |
| 07/17/2025 | *TRUIST BANK (•••• 0143)* | $1000.00 |
| 07/18/2025 | *TRUIST BANK (•••• 0143)* | $150.00 |
| 07/24/2025 | *TRUIST BANK (•••• 0143)* | $120.00 |
| 07/28/2025 | *TRUIST BANK (•••• 0143)* | $31.00 |
| 07/29/2025 | *NAVY FEDERAL CREDIT UNION (••••0532)* | $25.00 |
| 07/29/2025 | *NAVY FEDERAL CREDIT UNION (••••0532)* | $20.00 |
| 07/30/2025 | *TRUIST BANK (•••• 0143)* | $3400.00 |
| 07/31/2025 | *TRUIST BANK (•••• 0143)* | $120.00 |
|  | TOTAL | **$5,076.00** |

## EXHIBIT D

| Date | Description | Amount |
|---|---|---|
| 07/01/2025 | CVS/PHARMACY #01477 | $5.61 |
| 07/07/2025 | CAPITOL CIGAR AND TOBACCO | $52.87 |
| 07/08/2025 | PARKMOBILE | $6.70 |
| 07/16/2025 | PETWORTH CIGARS LLC | $21.99 |
| 07/17/2025 | Payment to +17039899693 | $1000.00 |
| 07/17/2025 | DCITY SMOKEHOUSE | $30.55 |
| 07/17/2025 | APEXTRADERFUNDING | $50.00 |
| 07/18/2025 | SQ *CORTEZ HANDMADE CIGAR | $29.68 |
| 07/19/2025 | TST* GYPSY KITCHEN DC | $148.50 |
| 07/19/2025 | PETWORTH CIGARS LLC | $16.49 |
| 07/25/2025 | SQ *CORTEZ HANDMADE CIGAR | $13.51 |
| 07/26/2025 | PARKMOBILE | $4.30 |
| 07/26/2025 | APEXTRADERFUNDING | $50.00 |
| 07/26/2025 | APEXTRADERFUNDING | $50.00 |
| 07/29/2025 | Payment to +12024222036 | $15.00 |
| 07/29/2025 | PETWORTH CIGARS LLC | $29.14 |
| 07/30/2025 | Payment to +17039899693 | $3400.00 |
| 07/30/2025 | PETWORTH CIGARS LLC | $29.68 |
|  | TOTAL | **$4,954.02** |

**Notes Regarding July 2025 Cash Activity and Reconciliation**

The Monthly Operating Report for July has been adjusted to reconcile with the Apple Cash account statement. The account began the month with a balance of $5.61 and ended with a balance of $122.18. Exhibit C reflects total cash receipts of $5,076.00, and Exhibit D reflects total disbursements of $4,954.02.

The account activity demonstrates that funds are transferred in periodically to cover business expenses, after which corresponding disbursements are made. For example, deposits of $6.43, $1,415.00, $325.00, $1,215.00, and $96.00 were designated as business-related credits. From the $325.00 deposit, disbursements of $268.00, $21.98, and $34.00 were made, leaving a surplus of $1.02. Additionally, there was a $6.43 disbursement identified as a business expense, but no corresponding credit was made into the account.

When these adjustments are considered, the balances reconcile as follows: beginning balance of $5.61, receipts of $5,076.00, less disbursements of $4,954.02, less the $6.43 expense, plus the $1.02 surplus, resulting in the reported ending balance of $122.18. A copy of the July Apple Cash Statement is attached for reference.



## Account Statement July 2025

| | |
|---|---|
| **NAME** <br> Corey Barnette | **ACCOUNT NUMBER** <br> ••••9881 |
| **APPLE ID** <br> c.barnette.orion@gmail.com | **STATEMENT PERIOD** <br> August 1, 2024 - August 9, 2025 |

## Summary July 2025

| | SUBTOTAL | ACCOUNT FEES | TOTAL |
|---|---|---|---|
| Starting Balance | | | $5.61 |
| Money In | +$8127.00 | +$0.00 | +$8127.00 |
| Money Out | −$8010.43 | −$0.00 | −$8010.43 |
| Ending Balance | | | $122.18 |

## Transactions July 2025

| DATE | DESCRIPTION | ACCOUNT FEE | AMOUNT | BALANCE |
|---|---|---|---|---|
| | Starting Balance | | | $5.61 |
| 07/01/2025 | CVS/PHARMACY #01477 <br> SILVER SPRING, MD | | −$5.61 | $0.00 |
| 07/04/2025 | TRUIST BANK (•••• 0143) <br> Added to Balance <br> 74caff53a1f3 | | +$60.00 | $60.00 |
| 07/07/2025 | CAPITOL CIGAR AND TOBACCO <br> BETHESDA, MD | | −$52.87 | $7.13 |
| 07/08/2025 | PARKMOBILE <br> 770-818-9036, DC | | −$6.70 | $0.43 |
| 07/11/2025 | TRUIST BANK (•••• 0143) <br> Added to Balance <br> 566ddc29cafc | | +$325.00 | $325.43 |
| 07/11/2025 | Payment to +12026000735 <br> d2c8287b57f5 | | −$268.00 | $57.43 |
| 07/12/2025 | PETWORTH CIGARS LLC <br> WASHINGTON, DC | | −$21.98 | $35.45 |
| 07/13/2025 | TST*NEGRIL EATERY - SILV <br> Silver Spring, MD | | −$34.00 | $1.45 |
| 07/14/2025 | TRUIST BANK (•••• 0143) <br> Added to Balance <br> 75dce689f397 | | +$1415.00 | $1416.45 |

Copyright © 2025 Apple Inc. •  All Rights Reserved  •  Privacy Policy  •  Terms and Conditions

| Date | Description | | | Amount | Balance |
|---|---|---|---|---|---|
| 07/14/2025 | Payment to +12026000735<br>7e55acedd3ec | | | −$1415.00 | $1.45 |
| 07/15/2025 | TRUIST BANK (•••• 0143)<br>Added to Balance<br>c8410e3544aa | | | +$150.00 | $151.45 |
| 07/16/2025 | PETWORTH CIGARS LLC<br>WASHINGTON, DC | | | −$21.99 | $129.46 |
| 07/17/2025 | TRUIST BANK (•••• 0143)<br>Added to Balance<br>06102458993f | | | +$1000.00 | $1129.46 |
| 07/17/2025 | Payment to +17039899693<br>eacfa15e9fc9 | | | −$1000.00 | $129.46 |
| 07/17/2025 | DCITY SMOKEHOUSE<br>WASHINGTON, DC | | | −$30.55 | $98.91 |
| 07/17/2025 | APEXTRADERFUNDING<br>855-2739873, TX | | | −$50.00 | $48.91 |
| 07/18/2025 | SQ *CORTEZ HANDMADE CIGAR<br>Silver Spring, MD | | | −$29.68 | $19.23 |
| 07/18/2025 | TRUIST BANK (•••• 0143)<br>Added to Balance<br>668c06c01971 | | | +$150.00 | $169.23 |
| 07/19/2025 | TST* GYPSY KITCHEN DC<br>WASHINGTON, DC | | | −$148.50 | $20.73 |
| 07/19/2025 | PETWORTH CIGARS LLC<br>WASHINGTON, DC | | | −$16.49 | $4.24 |
| 07/24/2025 | TRUIST BANK (•••• 0143)<br>Added to Balance<br>312c7b8cea67 | | | +$120.00 | $124.24 |
| 07/25/2025 | SQ *CORTEZ HANDMADE CIGAR<br>Silver Spring, MD | | | −$13.51 | $110.73 |
| 07/26/2025 | PARKMOBILE<br>770-818-9036, DC | | | −$4.30 | $106.43 |
| 07/26/2025 | APEXTRADERFUNDING<br>855-2739873, TX | | | −$50.00 | $56.43 |
| 07/26/2025 | APEXTRADERFUNDING<br>855-2739873, TX | | | −$50.00 | $6.43 |
| 07/28/2025 | Payment to +12026000735<br>b6a72ee1ccc9 | Total Payment<br>From TRUIST BANK (•••• 0143)<br>From Apple Cash | $202.00<br>−$195.57<br>$6.43 | −$6.43 | $0.00 |
| 07/28/2025 | TRUIST BANK (•••• 0143)<br>Added to Balance<br>3927f27b3a93 | | | +$31.00 | $31.00 |
| 07/29/2025 | NAVY FEDERAL CREDIT UNION (•••• 0532)<br>Added to Balance<br>dc1a43f8fe6c | | | +$25.00 | $56.00 |
| 07/29/2025 | Payment to +12024222036<br>8e70edd9242c | | | −$15.00 | $41.00 |
| 07/29/2025 | PETWORTH CIGARS LLC<br>WASHINGTON, DC | | | −$29.14 | $11.86 |

| Date | Description | Amount | Balance |
|---|---|---:|---:|
| 07/29/2025 | NAVY FEDERAL CREDIT UNION (•••• 0532)<br>Added to Balance<br>897e16393fa1 | +$20.00 | $31.86 |
| 07/30/2025 | TRUIST BANK (•••• 0143)<br>Added to Balance<br>04e9c2c9d0f1 | +$1215.00 | $1246.86 |
| 07/30/2025 | Payment to +12026000735<br>01595021634e | −$1215.00 | $31.86 |
| 07/30/2025 | TRUIST BANK (•••• 0143)<br>Added to Balance<br>f22a51464150 | +$96.00 | $127.86 |
| 07/30/2025 | Payment to +12026000735<br>bad1a4325fd3 | −$96.00 | $31.86 |
| 07/30/2025 | TRUIST BANK (•••• 0143)<br>Added to Balance<br>d2fa79460e96 | +$3400.00 | $3431.86 |
| 07/30/2025 | Payment to +17039899693<br>2bce21b0971b | −$3400.00 | $31.86 |
| 07/30/2025 | PETWORTH CIGARS LLC<br>WASHINGTON, DC | −$29.68 | $2.18 |
| 07/31/2025 | TRUIST BANK (•••• 0143)<br>Added to Balance<br>7f7d91fb8e12 | +$120.00 | $122.18 |
| | Ending Balance | | $122.18 |