## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | Case No. 24-111-ELG |
| | ) | (Chapter 12) |
| COREY BARNETTE | ) | |
| | ) | |
| Debtor. | ) | |

### EXHIBIT C

| Date | Description | Amount |
|------|-------------|--------|
| 08/02/2025 | *TRUIST BANK (•••• 0143)* | $200.00 |
| 08/11/2025 | *TRUIST BANK (•••• 0143)* | $300.00 |
| 08/12/2025 | *TRUIST BANK (•••• 0143)* | $400.00 |
| 08/13/2025 | *TRUIST BANK (•••• 0143)* | $3,400.00 |
| 08/15/2025 | *NAVY FEDERAL CREDIT UNION (••••0532)* | $20.00 |
| 08/18/2025 | *RECEIVED FROM +13017064114* | $225.00 |
| 08/20/2025 | *RECEIVED FROM +7039899693* | $1,200.00 |
| 08/25/2025 | *REIMBURSEMENT* | $50.00 |
| 08/29/2025 | *TRUIST BANK (•••• 0143)* | $3,400.00 |
| 08/29/2025 | *RECEIVED FROM +12026411198* | $400.00 |
| | **TOTAL** | **$9,595.00** |

### EXHIBIT D

| Date | Description | Amount |
|------|-------------|--------|
| 08/03/2025 | *APEXTRADERFUNDING* | $50.00 |
| 08/03/2025 | *APEXTRADERFUNDING* | $50.00 |
| 08/04/2025 | *SAFEWAY 1276* | $14.83 |
| 08/04/2025 | *SAFEWAY 1276* | $200.52 |
| 08/04/2025 | *TRINITY GRILL & SOCIAL* | $3.23 |
| 08/05/2025 | *PARKMOBILE* | $1.60 |
| 08/11/2025 | *Payment to +17039899693* | $300.00 |
| 08/12/2025 | *Payment to +17039899693* | $400.00 |
| 08/13/2025 | *Payment to +17039899693* | $3,400.00 |
| 08/19/2025 | *PARKMOBILE* | $5.05 |
| 08/20/2025 | *TST* HONEYMOON FRIED CHIC* | $26.62 |
| 08/20/2025 | *PMUSA 758010 MONTGOMER* | $2.45 |
| 08/21/2025 | *SQ *CORTEZ HANDMADE CIGAR* | $21.20 |
| 08/22/2025 | *MEINEKE CAR CARE* | $803.35 |
| 08/23/2025 | *TST*DEVON AND BLAKELY -* | $32.13 |
| 08/24/2025 | *TST* BUB AND POP'S SECOND* | $55.05 |
| 08/25/2025 | PETWORTH CIGARS LLC | $38.49 |
| 08/26/2025 | *PARKMOBILE* | $5.05 |
| 08/26/2025 | PETWORTH CIGARS LLC | $20.35 |
| 08/27/2025 | PETWORTH CIGARS LLC | $22.55 |
| 08/28/2025 | *APEXTRADERFUNDING* | $50.00 |

| 08/28/2025 | PETWORTH CIGARS LLC | $39.57 |
|---|---|---|
| 08/29/2025 | *Payment to +17039899693* | $3,400.00 |
| 08/29/2025 | *GIANT 0354* | $82.65 |
| 08/31/2025 | PETWORTH CIGARS LLC | $12.09 |
| 08/31/2025 | PETWORTH CIGARS LLC | $12.45 |
| 08/31/2025 | *TST* SOCIETY LOUNGE RESTA* | $76.18 |
| | **TOTAL** | **$9,125.41** |

 Cash     Account Statement August 2025

NAME
Corey Barnette

APPLE ID
c.barnette.orion@gmail.com

ACCOUNT NUMBER
••••9881

STATEMENT PERIOD
September 1, 2024 - September 9, 2025

## Summary August 2025

| | SUBTOTAL | ACCOUNT FEES | TOTAL |
|---|---|---|---|
| Starting Balance | | | **$148.02** |
| Money In | +$12425.00 | +$0.00 | +$12425.00 |
| Money Out | −$11955.41 | −$0.00 | −$11955.41 |
| Ending Balance | | | **$617.61** |

## Transactions August 2025

| DATE | DESCRIPTION | ACCOUNT FEE | AMOUNT | BALANCE |
|---|---|---|---|---|
| | Starting Balance | | | $148.02 |
| 08/02/2025 | TRUIST BANK (•••• 0143) Added to Balance f7701688805b | | **+$200.00** | $348.02 |
| 08/03/2025 | APEXTRADERFUNDING 855-2739873, TX | | **−$50.00** | $298.02 |
| 08/03/2025 | APEXTRADERFUNDING 855-2739873, TX | | **−$50.00** | $248.02 |
| 08/04/2025 | SAFEWAY 1276 WASHINGTON, DC | | **−$14.83** | $233.19 |
| 08/04/2025 | SAFEWAY 1276 WASHINGTON, DC | | **−$200.52** | $32.67 |
| 08/04/2025 | TRINITY GRILL & SOCIAL WASHINGTON, DC | | **−$3.23** | $29.44 |
| 08/05/2025 | PARKMOBILE 770-818-9036, DC | | **−$1.60** | $27.84 |
| 08/11/2025 | TRUIST BANK (•••• 0143) Added to Balance 8ddcbb5b879e | | **+$300.00** | $327.84 |
| 08/11/2025 | Payment to +17039899693 3683c6f96671 | | **−$300.00** | $27.84 |

Copyright © 2025 Apple Inc. • All Rights Reserved · Privacy Policy · Terms and Conditions

| Date | Description | Amount | Balance |
|---|---|---|---|
| 08/11/2025 | TRUIST BANK (•••• 0143)<br>Added to Balance<br>0183d6dc0078 | +$1415.00 | $1442.84 |
| 08/11/2025 | Payment to +12026000735<br>34c6e33ac8a2 | −$1415.00 | $27.84 |
| 08/12/2025 | TRUIST BANK (•••• 0143)<br>Added to Balance<br>112ddb84f4ab | +$400.00 | $427.84 |
| 08/12/2025 | Payment to +17039899693<br>523587376123 | −$400.00 | $27.84 |
| 08/13/2025 | TRUIST BANK (•••• 0143)<br>Added to Balance<br>40d205475c34 | +$3400.00 | $3427.84 |
| 08/13/2025 | Payment to +17039899693<br>695abb02c32c | −$3400.00 | $27.84 |
| 08/15/2025 | NAVY FEDERAL CREDIT UNION (•••• 0532)<br>Added to Balance<br>847e6e1a323f | +$20.00 | $47.84 |
| 08/18/2025 | Received from +13017064114<br>50808bc1811d | +$225.00 | $272.84 |
| 08/19/2025 | PARKMOBILE<br>770-818-9036, DC | −$5.05 | $267.79 |
| 08/20/2025 | TST* HONEYMOON FRIED CHIC<br>WASHINGTON, DC | −$26.62 | $241.17 |
| 08/20/2025 | Received from +17039899693<br>7cd295f0be91 | +$1200.00 | $1441.17 |
| 08/20/2025 | PMUSA 758010 MONTGOMER<br>770-8189036, GA | −$2.45 | $1438.72 |
| 08/21/2025 | SQ *CORTEZ HANDMADE CIGAR<br>Silver Spring, MD | −$21.20 | $1417.52 |
| 08/22/2025 | MEINEKE CAR CARE<br>SILVER SPRING, MD | −$803.35 | $614.17 |
| 08/23/2025 | TST*DEVON AND BLAKELY -<br>Washington, DC | −$32.13 | $582.04 |
| 08/24/2025 | TST* BUB AND POP'S SECOND<br>WASHINGTON, DC | −$55.05 | $526.99 |
| 08/25/2025 | TRUIST BANK (•••• 0143)<br>Added to Balance<br>8b9c54e8a117 | +$1465.00 | $1991.99 |
| 08/25/2025 | Payment to +12026000735<br>31fe7c2af468 | −$1415.00 | $576.99 |
| 08/25/2025 | PETWORTH CIGARS LLC<br>WASHINGTON, DC | −$38.49 | $538.50 |
| 08/26/2025 | PARKMOBILE<br>770-818-9036, DC | −$5.05 | $533.45 |
| 08/26/2025 | PETWORTH CIGARS LLC<br>WASHINGTON, DC | −$20.35 | $513.10 |
| 08/27/2025 | PETWORTH CIGARS LLC<br>WASHINGTON, DC | −$22.55 | $490.55 |

Copyright © 2025 Apple Inc. • All Rights Reserved · Privacy Policy · Terms and Conditions

| | | | |
|---|---|---|---|
| 08/28/2025 | APEXTRADERFUNDING | | |
| | 855-2739873, TX | −$50.00 | $440.55 |
| 08/28/2025 | PETWORTH CIGARS LLC | | |
| | WASHINGTON, DC | −$39.57 | $400.98 |
| 08/29/2025 | TRUIST BANK (•••• 0143) | | |
| | Added to Balance | | |
| | 11c6f3e71bf5 | +$3400.00 | $3800.98 |
| 08/29/2025 | Payment to +17039899693 | | |
| | d4d5ea7ab893 | −$3400.00 | $400.98 |
| 08/29/2025 | GIANT 0354 | | |
| | SILVER SPRING, MD | −$82.65 | $318.33 |
| 08/29/2025 | Received from +12026411198 | | |
| | 20c104585465 | +$400.00 | $718.33 |
| 08/31/2025 | PETWORTH CIGARS LLC | | |
| | WASHINGTON, DC | −$12.09 | $706.24 |
| 08/31/2025 | PETWORTH CIGARS LLC | | |
| | WASHINGTON, DC | −$12.45 | $693.79 |
| 08/31/2025 | TST* SOCIETY LOUNGE RESTA | | |
| | SILVER SPRING, MD | −$76.18 | $617.61 |
| | Ending Balance | | $617.61 |

Copyright © 2025 Apple Inc. • All Rights Reserved • Privacy Policy • Terms and Conditions