## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | * | |
| | * | |
| COREY BARNETTE, | * | Case No. 24-00111 |
| | * | Chapter 11 (Subchapter V) |
| Debtor. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## FINAL APPLICATION FOR COMPENSATION IN A CASE
## UNDER SUBCHAPTER V OF CHAPTER 11

Monique D. Almy, Subchapter V Trustee herein, (the "Applicant"), hereby requests entry of an order approving compensation and reimbursement of expenses incurred on behalf of the Debtor in this case under Subchapter V of Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code"). By this Final Application, Applicant requests that the Court allow an administrative claim for fees and expenses of $4,560. Applicant submits this final application pursuant to § 330 and § 503 of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 2016, and states as follows:

1.  Date petition filed:    April 14, 2024

2.  Date plan confirmed:  N/A

3.  The Applicant was appointed by the U.S. Trustee to serve as the Subchapter V Trustee in this case on October 2, 2024.

4.  Amount of fees and expenses previously approved:

    a.  Fees: $0

    b.  Expenses: $0

5.  Amounts of fees and expenses received to date:

    a.  Fees:  $0

    b.  Expenses:  $0

6.  Time period covered by this Final Application:    October 2, 2024 through

    January 14, 2026.

7.      Fees requested in this Final Application:              $4,560.00

    a.   Partner:              800 x 5.7 hours              = $4,560

8.      Total hours in this Final Application: 5.7

9.      Total expenses requested in this Final Application: $0.00

10.     Total fees and expenses requested:              $4,560

11.     A brief billing statement is attached as Exhibit A.

12.     Brief description of services:  Served as Subchapter V Trustee as detailed in the attached entries.

13.     Applicant hereby affirms to the Court that the fees and expenses requested by this Interim Application are (i) for actual, reasonable, and necessary services rendered by the Applicant, (ii) based upon customary fees charged and generally approved by this Court for services of this nature provided by comparably skilled professionals, and (iii) consistent with Part C (Reimbursement of Disbursements and Expenses) of Appendix D to the Local Bankruptcy Rules.

14.     Applicant submits that this Final Application satisfies the lodestar formula and factors set forth in § 330(a) of the Bankruptcy Code and in *Johnson v. Georgia Highway Express, Inc.*, 488 F.2d 714 (5th Cir. 1974) (as adopted by the Fourth Circuit in *Barber v. Kimbrells, Inc.*, 577 F.2d 216, 226 (4th Cir. 1978)).

15.     No agreement or understanding exists between the Applicant and any other person for the division or sharing of the compensation or expenses that are the subject of this Final Application.

WHEREFORE, the Applicant prays that the Court enter an Order approving the compensation and reimbursement of expenses as sought in this Final Application as an allowed administrative expense priority claim.

Dated:  January 14, 2026              /S/ Monique D. Almy
                                      Monique D. Almy (Fed. Bar No. 04479)
                                      Crowell & Moring LLP
                                      1001 Pennsylvania Avenue, N.W., 10th Floor
                                      Washington, DC 20004
                                      Telephone: (202) 624-2935
                                      SubChapter V Trustee

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 14th day of January, 2026, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the Trustee's Final Application for Compensation in a Case Under Subchapter V of Chapter 11 will be served electronically by the Court's CM/ECF system on the following:

- Christianna Annette Cathcart    christianna@dcbankruptcy.com
- Kristen S. Eustis    Kristen.S.Eustis@usdoj.gov, Robert.W.Ours@usdoj.gov
- Michael T. Freeman    michael.t.freeman@usdoj.gov, robert.w.ours@usdoj.gov
- Mark Meyer    bankruptcy@rosenberg-assoc.com, bankruptcy@rosenberg-assoc.com
- U. S. Trustee for Region Four    USTPRegion04.DC.ECF@USDOJ.GOV
- Maurice Belmont VerStandig    mac@mbvesq.com, lisa@mbvesq.com; mac@dcbankruptcy.com; verstandig.mauricer104982@notify.bestcase.com; verstandiglaw@recap.email

  /S/ Monique D. Almy_____
Monique D. Almy

DCACTIVE-85591784.1