# BILLABLE PROFORMA

Billing Attorney: 001830/ Monique D. Almy
Client: 118688/ Monique D. Almy, Subchapter V Trustee
Matter: 118688.0000045/ Corey Barnette
EBill Vendor:
Ebill Invoice: N

Fees, Disbursements and Charges Through: 01/31/26
Last Date Billed (Through 01/31/26)
Bill Cycle: Upon Conclusion
Matter Open Date: Oct 10, 2024
Client Reference Number:
Proforma Group # :
Time Increment: Tenths of an hour
Proforma Generation Date: 1/14/2026 1:18:43 PM

**Billing Instructions: Client Level: Almy, M = $800; else 2023 Standard Rates (103)**

| | | | |
|---|---|---|---|
| Total Fees (discount added in) | $4,560.00 | Trust Retainer Portion: | $0.00 |
| Total Other Services and Expenses | $0.00 | Full Trust Balance: | $0.00 |
| Total Charges | $0.00 | Unallocated Balance: | $0.00 |
| Subtotal | $4,560.00 | | |
| | | YTD Fees Billed | $0.00 |
| Unallocated Amount Applied | $0.00 | YTD Disb Billed | $0.00 |
| Retainer / Trust Amount Applied | $0.00 | | |
| Billed on Account | $0.00 | LTD Fees Billed | $0.00 |
| | | LTD Disb Billed: | $0.00 |
| TOTAL THIS PROFORMA | $4,560.00 | | |
| | | AR Balance This Matter | $0.00 |

Address:    Monique D. Almy, Subchapter V Trustee
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004

## BILLABLE PROFORMA

Billing Attorney: 001830/ Monique D. Almy  
Client: 118688/ Monique D. Almy, Subchapter V Trustee  
Matter: 118688.0000045/ Corey Barnette  

Fees, Disbursements and Charges Through: 01/31/26  
Last Date Billed (Through 01/31/26)  
Proforma Group # :

### Professional Services Detail

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 18311426 | 10/02/24 | Almy, Monique | Call with Debtor's counsel. Washington D.C. | 0.10 | 80.00 |
| 18311506 | 10/02/24 | Almy, Monique | Review Schedules. Washington D.C. | 0.10 | 80.00 |
| 18311431 | 10/03/24 | Almy, Monique | Review Chapter 12 341 transcript. Washington D.C. | 0.50 | 400.00 |
| 18375388 | 10/25/24 | Almy, Monique | Call with Debtor's attorney. Washington D.C. | 0.10 | 80.00 |
| 18375391 | 10/25/24 | Almy, Monique | Attend 341 meeting. Washington D.C. | 1.30 | 1,040.00 |
| 18412386 | 10/30/24 | Almy, Monique | Attend status hearing. Washington D.C. | 0.30 | 240.00 |
| 18466681 | 11/08/24 | Almy, Monique | Review documents provided in advance of 341. Washington D.C. | 0.10 | 80.00 |
| 18662489 | 12/18/24 | Almy, Monique | Attend Status conference Washington D.C. | 0.30 | 240.00 |
| 19697598 | 07/02/25 | Almy, Monique | Attend Hearing on UST's Motion to Dismiss. Washington D.C. | 2.5 | 2,000.00 |

**BILLABLE PROFORMA**

Billing Attorney: 001830/ Monique D. Almy  
Client: 118688/ Monique D. Almy, Subchapter V Trustee  
Matter: 118688.0000045/ Corey Barnette

Fees, Disbursements and Charges Through: 01/31/26  
Last Date Billed (Through 01/31/26)  
Proforma Group # :

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 21013867 | 01/14/26 | Almy, Monique | Attend hearing on US Trustee's Motion to Dismiss for ruling from the bench. | 0.40 | 320.00 |
| | | | Washington D.C. | | |
| | | | **Professional Services Total** | **5.70** | **$4,560.00** |

# BILLABLE PROFORMA

Billing Attorney: 001830/ Monique D. Almy  
Client: 118688/ Monique D. Almy, Subchapter V Trustee  
Matter: 118688.0000045/ Corey Barnette  

Fees, Disbursements and Charges Through: 01/31/26  
Last Date Billed  (Through 01/31/26)  
Proforma Group # :

## Professional Services Summary

| ID | Title | Timekeeper Name | Rate | Hours | Value |
|---|---|---|---:|---:|---:|
| 001830 | Partner | Almy, Monique | 800.00 | 5.7 | $4,560.00 |
| | | **Fees Value** | | **5.7** | **$4,560.00** |