**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| In re: | * | |
| | * | |
| COREY BARNETTE, | * | Case No. 24-00111 |
| | * | Chapter 11 (Subchapter V) |
| Debtor. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

**NOTICE OF TRUSTEE'S FINAL APPLICATION FOR COMPENSATION
IN A CASE UNDER SUBCHAPTER V OF CHAPTER 11**

TO CREDITORS AND OTHER PARTIES IN INTEREST:

NOTICE IS HEREBY GIVEN THAT Monique D. Almy, Trustee ("Applicant") has filed in this case her Final Application for Compensation in a Case under Subchapter V of Chapter 11 (the "Application") for the period from October 2, 2024 through January 14, 2026 (the "Application Period").  The Application may be inspected by an interested party at the office of the Clerk, United States Bankruptcy Court for the District of Columbia, 333 Constitution Avenue, NW, Washington, DC  20001, during normal business hours.

The Applicant seeks approval of her fees totaling $4,560 which may be paid by the Debtor for the fees and expenses incurred in connection with her service as the Trustee in the Debtor's bankruptcy case.

IF YOU OBJECT TO THE RELIEF REQUESTED, YOU MUST RESPOND IN WRITING, SPECIFICALLY STATING YOUR OBJECTION AND ALL FACTS AND LAW YOU BELIEVE SUPPORT YOUR OBJECTION.  YOU MUST FILE YOUR RESPONSE WITH THE CLERK OF THE BANKRUPTCY COURT **WITHIN 21 DAYS OF THE DATE OF THIS NOTICE** IN ADDITION TO SERVING YOUR RESPONSE ON THE UNDERSIGNED COUNSEL AND TO THE PARTIES ON THE SERVICE LIST.  ABSENT A TIMELY OBJECTION, THE COURT MAY TREAT THIS PLEADING AS UNOPPOSED AND GRANT THE RELIEF REQUESTED WITH OR WITHOUT A HEARING.

Dated:  January 14, 2026            /S/ Monique D. Almy
                                    Monique D. Almy (Fed. Bar No. 04479)
                                    Crowell & Moring LLP
                                    1001 Pennsylvania Avenue, N.W., 10th Floor
                                    Washington, DC 20004
                                    Telephone: (202) 624-2935
                                    SubChapter V Trustee

DCACTIVE-85591683.1

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of January, 2026, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the Notice of filing of Application for Compensation in a Case under Subchapter V of Chapter 11 will be served electronically by the Court's CM/ECF system on the following:

- Christianna Annette Cathcart    christianna@dcbankruptcy.com
- Kristen S. Eustis    Kristen.S.Eustis@usdoj.gov, Robert.W.Ours@usdoj.gov
- Michael T. Freeman    michael.t.freeman@usdoj.gov, robert.w.ours@usdoj.gov
- Mark Meyer    bankruptcy@rosenberg-assoc.com, bankruptcy@rosenberg-assoc.com
- U. S. Trustee for Region Four    USTPRegion04.DC.ECF@USDOJ.GOV
- Maurice Belmont VerStandig    mac@mbvesq.com, lisa@mbvesq.com; mac@dcbankruptcy.com; verstandig.mauricer104982@notify.bestcase.com; verstandiglaw@recap.email

And was served via first class mail, postage prepaid on all parties on the Court's mailing matrix for this case.

    /S/ Monique D. Almy
    Monique D. Almy