Bank of America
Attn: Bankruptcy
4909 Savarese Cir
Tampa, FL 33634-2413

Bank of America
PO Box 982238
El Paso, TX 79998-2238

Barbarglantz Management, LLC
398 Laguna Terrace
Simi Valley, CA 93065-5311

Baruck Bros Investments, LLC, et al.
398 Laguna Terrace
Simi Valley, CA 93065-5311

Capital One Auto Finance
Attn: Bankruptcy
7933 Preston Rd
Plano, TX 75024-2302

Capital One Auto Finance
Credit Bureau DISPUTE
Plano, TX 75023

Capital One Auto Finance, a division of Capi
P.O. Box 4360
Houston, TX 77210-4360

Capital One Auto Finance, a division of
AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

Christianna Annette Cathcart
The Belmont Firm
1050 Connecticut Ave, NW, Ste 500
Washington, DC 20036-5304

Citibank/Best Buy
Citicorp Cr Srvs/Centralized Bankruptcy
PO Box 790040
Saint Louis, MO 63179-0040

Citibank/Best Buy
PO Box 6497
Sioux Falls, SD 57117-6497

Corey Barnette
1440 Primrose Road, NW
Washington, DC 20012-1224

DC Department of Motor Vehicles
PO Box 90120
Washington, DC 20090-0120

DC Office of Tax and Revenue
1101 4th St., SW #270
Washington, DC 20024-4457

DiBenedetto Law Group PC
1101 Pacific Avenue Suite 200
Santa Cruz, CA 95060-7507

Discover Financial
Attn: Bankruptcy
PO Box 3025
New Albany, OH 43054-3025

Discover Financial
PO Box 30939
Salt Lake City, UT 84130-0939

Farley Law Firm
500 North Willis Street
Visalia, CA 93291-4806

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Kim Burnette
1440 Primrose Road, NW
Washington, DC 20012-1224

Malik Burnett
5119 Benton Heights Ave
Baltimore, MD 21206-5052

Maurice Belmont VerStandig
The VerStandig Law Firm, LLC
9812 Falls Road
#114-160
Potomac, MD 20854-3976

Robert Kurz
1050 E Southampton Ave
Glenside, PA 19038-7902

Rocket Mortgage
Attn: Bankruptcy
1050 Woodward Ave
Detroit, MI 48226-3573

Rocket Mortgage, LLC fka Quicken Loans,
635 Woodward Avenue
Detroit, MI 48226-3408

The Tribe Companies, LLC
25 Oak Place
Kernville, CA 93238

U. S. Trustee for Region Four
U. S. Trustee's Office
1725 Duke Street, Suite 650
Alexandria, VA 22314-3489

Washington, D.C.
E. Barrett Prettyman U. S. Courthouse
333 Constitution Ave, NW #1225
Washington, DC 20001-2802