The order below is hereby signed.

Signed: January 14 2026

*Elizabeth L. Gunn*
U.S. Bankruptcy Judge



# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF COLUMBIA

In re:

    **Corey Barnette,**
        **Debtor.**

Case No. 24-00111-ELG
Chapter 11

## ORDER DISMISSING CASE

On December 12, 2024, the United States Trustee filed a *Motion to Dismiss Chapter 11 Case* (ECF No. 66) (the "Motion"), to which Corey Barnette (the "Debtor") filed an *Opposition* (ECF No. 71) on January 22, 2025. The United States Trustee then filed a *Reply* (ECF No. 76) on June 25, 2025. The matters were heard on July 2, 2025 and taken under advisement, after which the Court rendered an oral ruling on January 14, 2026 (the "Hearing").

For the reasons stated on the record at the Hearing, it is **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Court reserves the right to supplement its oral ruling and/or this Order with written findings of fact and conclusions of law.

[Signed and dated above.]

Copies to: recipients of electronic notice.