The order below is hereby signed.

Signed: January 14 2026

*Elizabeth L. Gunn*
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| **In re:** | |
|     **Corey Barnette,** | **Case No. 24-00111-ELG** |
|         **Debtor.** | **Chapter 11** |

## ORDER DISMISSING CASE

On December 12, 2024, the United States Trustee filed a *Motion to Dismiss Chapter 11 Case* (ECF No. 66) (the "Motion"), to which Corey Barnette (the "Debtor") filed an *Opposition* (ECF No. 71) on January 22, 2025. The United States Trustee then filed a *Reply* (ECF No. 76) on June 25, 2025. The matters were heard on July 2, 2025 and taken under advisement, after which the Court rendered an oral ruling on January 14, 2026 (the "Hearing").

For the reasons stated on the record at the Hearing, it is **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Court reserves the right to supplement its oral ruling and/or this Order with written findings of fact and conclusions of law.

[Signed and dated above.]

Copies to: recipients of electronic notice.

United States Bankruptcy Court

District of Columbia

In re:  Case No. 24-00111-ELG

Corey Barnette  Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0090-1  User: admin  Page 1 of 2
Date Rcvd: Jan 14, 2026  Form ID: pdf001  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 16, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Corey Barnette, 1440 Primrose Road, NW, Washington, DC 20012-1224 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 16, 2026  Signature:  /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 14, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Christianna Annette Cathcart | on behalf of Debtor Corey Barnette christianna@dcbankruptcy.com |
| Kristen S. Eustis | on behalf of U.S. Trustee U. S. Trustee for Region Four Kristen.S.Eustis@usdoj.gov Robert.W.Ours@usdoj.gov |
| Mark Meyer | on behalf of Creditor Rocket Mortgage  LLC FKA Quicken Loans, LLC bankruptcy@rosenberg-assoc.com, bankruptcy@rosenberg-assoc.com |
| Maurice Belmont VerStandig | on behalf of Debtor Corey Barnette mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Michael T. Freeman | on behalf of U.S. Trustee U. S. Trustee for Region Four michael.t.freeman@usdoj.gov  robert.w.ours@usdoj.gov |

| District/off: 0090-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jan 14, 2026 | Form ID: pdf001 | Total Noticed: 1 |

Monique Desiree Almy
    malmy@crowell.com  monique-almy-7127@ecf.pacerpro.com

U. S. Trustee for Region Four
    USTPRegion04.DC.ECF@USDOJ.GOV

TOTAL: 7