The order below is hereby signed.

Signed: February 5 2026



Elizabeth L. Gunn
U.S. Bankruptcy Judge

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re: | * |
| | * |
| COREY BARNETTE, | *   Case No. 24-00111 |
| | *   Chapter 11 (Subchapter V) |
| Debtor. | * |

* * * * * * * * * * * * *

### ORDER GRANTING FINAL APPLICATION FOR COMPENSATION
### IN A CASE UNDER SUBCHAPTER V OF CHAPTER 11

Upon consideration of the Final Application for Compensation in a Case Under Subchapter V of Chapter 11 (the "Application") filed by Monique D. Almy, Subchapter V Trustee herein, ("Applicant"), seeking an order allowing payment of Trustee's fees as an administrative claim pursuant to § 330 and § 503 of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 2016, and good cause having been shown, it is, by the United States Bankruptcy Court for the District of Columbia, ORDERED:

1. That the Interim Application be and hereby is GRANTED.

2. The Applicant's claim is allowed as an administrative expense claim pursuant to 11 U.S.C. §§ 330(a), 503(a), 503(b)(2), 503(b)(3)(d) and 503(b)(4) in the amount of $4,560 for Trustee's fees.

3. That the Court shall retain jurisdiction over all matters related to this Order.

I ask for this

/S/ Monique D. Almy_____
Monique D. Almy (Fed. Bar No. 04479)
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W., 10th Floor
Washington, DC 20004
Telephone: (202) 624-2935
malmy@crowell.com
SubChapter V Trustee

Seen and no objection

MATTHEW W. CHENEY
ACTING U.S. TRUSTEE, REGION 4

By: __/S/ Michael T. Freeman
Michael T. Freeman, Assistant U.S. Trustee
Office of the United States Trustee
1725 Duke St., Suite 650
Alexandria, VA 22314
(202) 934-4174
Michael.T.Freeman@usdoj.gov

THE VERSTANDIG LAW FIRM, LLC

By: __/S/ Maurice VerStandig_____
         Maurice Belmont VerStandig
         9812 Falls Road, #114-160
         Potomac, MD  20854
         301 444 4600
         mac@mbvesq.com

Copies to:

- Christianna Annette Cathcart    christianna@dcbankruptcy.com
- Kristen S. Eustis    Kristen.S.Eustis@usdoj.gov, Robert.W.Ours@usdoj.gov
- Michael T. Freeman    michael.t.freeman@usdoj.gov, robert.w.ours@usdoj.gov
- Mark Meyer    bankruptcy@rosenberg-assoc.com, bankruptcy@rosenberg-assoc.com
- U. S. Trustee for Region Four    USTPRegion04.DC.ECF@USDOJ.GOV
- Maurice Belmont VerStandig    mac@mbvesq.com, lisa@mbvesq.com; mac@dcbankruptcy.com; verstandig.mauricer104982@notify.bestcase.com; verstandiglaw@recap.email

All creditors on mailing matrix

**END OF ORDER**