# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLUMBIA
### WASHINGTON Division

| In Re | |
|---|---|
| BARNETTE, COREY | Case No. 24-00111 |
| Debtor(s) | |

### Chapter 11 Subchapter V Trustee's Report of No Distribution

I, Monique D. Almy, having been appointed trustee of the estate of the above-named debtor, report I collected funds totaling: $0.00.  The case was dismissed with no plan confirmed and no plan payments made to the trustee.  Pursuant to 11 U.S.C. § 330(a), on February 5, 2026, the Court ordered compensation of $4,560 be awarded to the trustee.  These funds have not yet been paid by the debtor to the trustee. I hereby certify that the estate of the above-named debtor has been fully administered through the date of dismissal (or conversion, as applicable).  I request that I be discharged from any further duties as trustee.


Date: 02/06/2026                                               By: MONIQUE D. ALMY
                                                                                    Trustee


STATEMENT:  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-11(v)-NDR C**

DCACTIVE-86098202.1