The order below is hereby signed.

Signed: February 6 2026



*Elizabeth L. Gunn*
U.S. Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In Re | * | |
| COREY BARNETTE | * | Case No. 24-00111 |
| | * | |
| Debtor(s) | * | |
| | * | |

### ORDER DISCHARGING SUBCHAPTER V TRUSTEE

It appearing to the Court that the Subchapter V Trustee in the above−entitled case has performed all duties required of him/her in the administration of said estate;

ORDERED, that the Subchapter V Trustee be and he/she hereby is discharged from and relieved of his/her trust.

cc:   Monique D. Almy, Esq, Subchapter V Trustee
      Office of the United States Trustee
      Christianna Annette Cathcart, Debtor's Counsel
      Debtor

I ask for this

/S/ Monique D. Almy_____
Monique D. Almy (Fed. Bar No. 04479)
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W., 10th Floor
Washington, DC 20004
Telephone: (202) 624-2935
malmy@crowell.com
SubChapter V Trustee

END OF ORDER