The order below is hereby signed.

Signed: February 5 2026



Elizabeth L. Gunn
U.S. Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | * | |
| | * | |
| COREY BARNETTE, | * | Case No. 24-00111 |
| | * | Chapter 11 (Subchapter V) |
| Debtor. | * | |

* * * * * * * * * * * * * *

### ORDER GRANTING FINAL APPLICATION FOR COMPENSATION
### IN A CASE UNDER SUBCHAPTER V OF CHAPTER 11

Upon consideration of the Final Application for Compensation in a Case Under Subchapter V of Chapter 11 (the "Application") filed by Monique D. Almy, Subchapter V Trustee herein, ("Applicant"), seeking an order allowing payment of Trustee's fees as an administrative claim pursuant to § 330 and § 503 of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 2016, and good cause having been shown, it is, by the United States Bankruptcy Court for the District of Columbia, ORDERED:

1. That the Interim Application be and hereby is GRANTED.

2. The Applicant's claim is allowed as an administrative expense claim pursuant to 11 U.S.C. §§ 330(a), 503(a), 503(b)(2), 503(b)(3)(d) and 503(b)(4) in the amount of $4,560 for Trustee's fees.

3. That the Court shall retain jurisdiction over all matters related to this Order.

I ask for this

/S/ Monique D. Almy
Monique D. Almy (Fed. Bar No. 04479)
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W., 10th Floor
Washington, DC 20004
Telephone: (202) 624-2935
malmy@crowell.com
SubChapter V Trustee

Seen and no objection

MATTHEW W. CHENEY
ACTING U.S. TRUSTEE, REGION 4

By:   /S/ Michael T. Freeman
Michael T. Freeman, Assistant U.S. Trustee
Office of the United States Trustee
1725 Duke St., Suite 650
Alexandria, VA 22314
(202) 934-4174
Michael.T.Freeman@usdoj.gov

THE VERSTANDIG LAW FIRM, LLC

By:   /S/ Maurice VerStandig
      Maurice Belmont VerStandig
      9812 Falls Road, #114-160
      Potomac, MD  20854
      301 444 4600
      mac@mbvesq.com

Copies to:

- Christianna Annette Cathcart     christianna@dcbankruptcy.com
- Kristen S. Eustis    Kristen.S.Eustis@usdoj.gov, Robert.W.Ours@usdoj.gov
- Michael T. Freeman    michael.t.freeman@usdoj.gov, robert.w.ours@usdoj.gov
- Mark Meyer    bankruptcy@rosenberg-assoc.com, bankruptcy@rosenberg-assoc.com
- U. S. Trustee for Region Four    USTPRegion04.DC.ECF@USDOJ.GOV
- Maurice Belmont VerStandig    mac@mbvesq.com, lisa@mbvesq.com; mac@dcbankruptcy.com; verstandig.mauricer104982@notify.bestcase.com; verstandiglaw@recap.email

All creditors on mailing matrix

**END OF ORDER**

United States Bankruptcy Court

District of Columbia

In re:   Case No. 24-00111-ELG

Corey Barnette   Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0090-1   User: admin   Page 1 of 3
Date Rcvd: Feb 05, 2026   Form ID: pdf001   Total Noticed: 34

The following symbols are used throughout this certificate:
**Symbol   Definition**

| | |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 07, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Corey Barnette, 1440 Primrose Road, NW, Washington, DC 20012-1224 |
| smg | ++ | CHILD SUPPORT SERVICES DIVISION, ATTN LEGAL SERVICES SECTION, 400 SIXTH ST NW, SUITE 8300, WASHINGTON DC 20001-0189 address filed with court:, Child Support Services Division, Office of the Attorney General, Judiciary Square 441 4th Street, NW, 5th Floor, Washington, DC 20001 |
| smg | | Secretary of the Treasury, 15th and Pennsylvania Aveneu, NW, Washington, DC 20220-0001 |
| 777021 | + | Barbarglantz Management, LLC, 398 Laguna Terrace, Simi Valley, CA 93065-5311 |
| 777022 | + | Baruck Bros Investments, LLC, et al., 398 Laguna Terrace, Simi Valley, CA 93065-5311 |
| 777023 | | Capital One Auto Finance, Credit, Bureau DISPUTE, Plano, TX 75023 |
| 777027 | + | DC Department of Motor Vehicles, PO Box 90120, Washington, DC 20090-0120 |
| 777029 | + | DiBenedetto Law Group PC, 1101 Pacific Avenue Suite 200, Santa Cruz, CA 95060-7507 |
| 777032 | + | Farley Law Firm, 500 North Willis Street, Visalia, CA 93291-4806 |
| 777034 | + | Kim Burnette, 1440 Primrose Road, NW, Washington, DC 20012-1224 |
| 777035 | + | Malik Burnett, 5119 Benton Heights Ave, Baltimore, MD 21206-5052 |
| 777036 | + | Robert Kurz, 1050 E Southampton Ave, Glenside, PA 19038-7902 |
| 777039 | | The Tribe Companies, LLC, 25 Oak Place, Kernville, CA 93238 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: angela.coleman@dc.gov | Feb 05 2026 22:01:00 | D.C. Office of Tax and Revenue, Bankruptcy Division, 1101 4th Street SW, Washington, DC 20024-4457 |
| smg | ^ | MEBN | Feb 05 2026 21:58:01 | District Unemployment Compensation Board, 4058 Minnesota Ave., NE, 4th Floor, Washington, DC 20019-3540 |
| smg | ^ | MEBN | Feb 05 2026 21:58:05 | Office of Attorney General, Tax, Bankruptcy, and Finance, One Judiciary Square, 441 4th Street, NW, 6th Floor, Washington, DC 20001-2714 |
| smg | | Email/Text: atlreorg@sec.gov | Feb 05 2026 22:01:00 | Securities and Exchange Commission, Atlanta Regional Office, Office of Reorganization, 950 East Paces Ferry Road NE, Ste. 900, Atlanta, GA 30326-1382 |
| smg | + | Email/Text: USADC.BankruptcyNotices@usdoj.gov | Feb 05 2026 22:01:00 | U.S. Attorney's Office, Civil Division, 601 D Street, NW, Washington, DC 20530-0034 |
| cr | + | Email/Text: bankruptcyteam@rocketmortgage.com | Feb 05 2026 22:01:00 | Rocket Mortgage, LLC FKA Quicken Loans, LLC, 635 Woodward Avenue, 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 777019 | | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Feb 05 2026 22:01:00 | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 777020 | | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Feb 05 2026 22:01:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Cir, Tampa, FL 33634-2413 |

Case 24-00111-ELG   Doc 104   Filed 02/07/26   Entered 02/08/26 00:04:20   Desc
Imaged Certificate of Notice   Page 4 of 5

| District/off: 0090-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 05, 2026 | Form ID: pdf001 | Total Noticed: 34 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 777024 | | Email/PDF: acg.coaf.ebn@aisinfo.com | Feb 05 2026 22:11:26 | Capital One Auto Finance, Attn: Bankruptcy, 7933 Preston Rd, Plano, TX 75024-2302 |
| 777195 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 05 2026 22:11:26 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 779572 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 05 2026 22:12:01 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 779582 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 05 2026 22:11:26 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 777026 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 05 2026 22:11:28 | Citibank/Best Buy, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, Saint Louis, MO 63179-0040 |
| 777025 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 05 2026 22:11:28 | Citibank/Best Buy, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 777028 | + | Email/Text: angela.coleman@dc.gov | Feb 05 2026 22:01:00 | DC Office of Tax and Revenue, 1101 4th St., SW #270, Washington, DC 20024-4457 |
| 777030 | | Email/Text: mrdiscen@discover.com | Feb 05 2026 22:01:00 | Discover Financial, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 777031 | | Email/Text: mrdiscen@discover.com | Feb 05 2026 22:01:00 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 777033 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 05 2026 22:01:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 777038 | + | Email/Text: bankruptcyteam@rocketmortgage.com | Feb 05 2026 22:01:00 | Rocket Mortgage, Attn: Bankruptcy, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 777037 | + | Email/Text: bankruptcyteam@rocketmortgage.com | Feb 05 2026 22:01:00 | Rocket Mortgage, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 777760 | + | Email/Text: bankruptcyteam@rocketmortgage.com | Feb 05 2026 22:01:00 | Rocket Mortgage, LLC fka Quicken Loans, LLC, 635 Woodward Avenue, Detroit, MI 48226-3408 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| cr | *+ | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 07, 2026         Signature:    /s/Gustava Winters

Case 24-00111-ELG   Doc 104   Filed 02/07/26   Entered 02/08/26 00:04:20   Desc
Imaged Certificate of Notice   Page 5 of 5

| District/off: 0090-1 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Feb 05, 2026 | Form ID: pdf001 | Total Noticed: 34 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 5, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Christianna Annette Cathcart | on behalf of Debtor Corey Barnette christianna@dcbankruptcy.com |
| Kristen S. Eustis | on behalf of U.S. Trustee U. S. Trustee for Region Four Kristen.S.Eustis@usdoj.gov Robert.W.Ours@usdoj.gov |
| Mark Meyer | on behalf of Creditor Rocket Mortgage  LLC FKA Quicken Loans, LLC bankruptcy@rosenberg-assoc.com, bankruptcy@rosenberg-assoc.com |
| Maurice Belmont VerStandig | on behalf of Debtor Corey Barnette mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Michael T. Freeman | on behalf of U.S. Trustee U. S. Trustee for Region Four michael.t.freeman@usdoj.gov robert.w.ours@usdoj.gov |
| Monique Desiree Almy | malmy@crowell.com monique-almy-7127@ecf.pacerpro.com |
| U. S. Trustee for Region Four | USTPRegion04.DC.ECF@USDOJ.GOV |

TOTAL: 7