The order below is hereby signed.

Signed: February 6 2026

*Elizabeth L. Gunn*
U.S. Bankruptcy Judge



# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In Re | * | |
| COREY BARNETTE | * | Case No. 24-00111 |
| | * | |
| Debtor(s) | * | |
| | * | |

### ORDER DISCHARGING SUBCHAPTER V TRUSTEE

It appearing to the Court that the Subchapter V Trustee in the above−entitled case has performed all duties required of him/her in the administration of said estate;

ORDERED, that the Subchapter V Trustee be and he/she hereby is discharged from and relieved of his/her trust.

cc:  Monique D. Almy, Esq, Subchapter V Trustee
Office of the United States Trustee
Christianna Annette Cathcart, Debtor's Counsel
Debtor

I ask for this

/S/ Monique D. Almy_____
Monique D. Almy (Fed. Bar No. 04479)
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W., 10th Floor
Washington, DC 20004
Telephone: (202) 624-2935
malmy@crowell.com
SubChapter V Trustee

END OF ORDER

DCACTIVE-86098283.1

United States Bankruptcy Court

District of Columbia

| | |
|---|---|
| In re: | Case No. 24-00111-ELG |
| Corey Barnette | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

District/off: 0090-1   User: admin   Page 1 of 2
Date Rcvd: Feb 06, 2026   Form ID: pdf001   Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**
+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 08, 2026:**

**Recip ID     Recipient Name and Address**
db             + Corey Barnette, 1440 Primrose Road, NW, Washington, DC 20012-1224

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 08, 2026          Signature:       /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 6, 2026 at the address(es) listed below:**

**Name                         Email Address**

Christianna Annette Cathcart
                              on behalf of Debtor Corey Barnette christianna@dcbankruptcy.com

Kristen S. Eustis
                              on behalf of U.S. Trustee U. S. Trustee for Region Four Kristen.S.Eustis@usdoj.gov  Robert.W.Ours@usdoj.gov

Mark Meyer
                              on behalf of Creditor Rocket Mortgage  LLC FKA Quicken Loans, LLC bankruptcy@rosenberg-assoc.com, bankruptcy@rosenberg-assoc.com

Maurice Belmont VerStandig
                              on behalf of Debtor Corey Barnette mac@mbvesq.com
                              lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Michael T. Freeman
                              on behalf of U.S. Trustee U. S. Trustee for Region Four michael.t.freeman@usdoj.gov  robert.w.ours@usdoj.gov

| | | |
|---|---|---|
| District/off: 0090-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Feb 06, 2026 | Form ID: pdf001 | Total Noticed: 1 |

Monique Desiree Almy
    malmy@crowell.com monique-almy-7127@ecf.pacerpro.com

U. S. Trustee for Region Four
    USTPRegion04.DC.ECF@USDOJ.GOV

TOTAL: 7